**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Kidney and Hypertension Center, PLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Grand Forks Clinic |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 71-0880821 |
| **4.** | **Debtor's address** | **Principal place of business**<br>5750 S Washington Street<br>Grand Forks, ND 58201<br>Number, Street, City, State & ZIP Code<br>Grand Forks<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | www.grandforksclinic.com |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

8092

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor Kidney and Hypertension Center, PLC
Name
Case number (*if known*)

List all cases. If more than 1, attach a separate list

Debtor See Attachment Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Kidney and Hypertension Center, PLC
Name
Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2026
MM / DD / YYYY

**X** /s/ Dr. Khaled Rabadi
Signature of authorized representative of debtor

Dr. Khaled Rabadi
Printed name

Title Owner

**18. Signature of attorney**

**X** /s/ Steven R. Kinsella
Signature of attorney for debtor

Date October 16, 2026
MM / DD / YYYY

Steven R. Kinsella 09514
Printed name

Fredrikson & Byron, P.A.
Firm name

60 South 6th Street, Suite 1500
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone 612.492.7000 Email address skinsella@fredlaw.com

09514 ND
Bar number and State

Debtor Kidney and Hypertension Center, PLC
Name
Case number (*if known*)

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* Chapter 11

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Aurora Dialysis, LLC | | | Relationship to you | Affiliate |
| District | North Dakota | When | | Case number, if known | Pending |
| Debtor | KDJ Investment Group, LLC | | | Relationship to you | Affiliate |
| District | North Dakota | When | | Case number, if known | Pending |
| Debtor | KDJ Properties, LLC | | | Relationship to you | Affiliate |
| District | North Dakota | When | | Case number, if known | Pending |
| Debtor | Kidney Institute of North Dakota,LLC | | | Relationship to you | Affiliate |
| District | North Dakota | When | | Case number, if known | Pending |
| Debtor | North Dakota Dialysis, LLC | | | Relationship to you | Affiliate |
| District | North Dakota | When | | Case number, if known | Pending |
| Debtor | The Medical Group, LLC | | | Relationship to you | Affiliate |
| District | North Dakota | When | | Case number, if known | Pending |

**Fill in this information to identify the case:**

Debtor name: Kidney and Hypertension Center, PLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Alliantgroup<br>3009 Post Oak Blvd<br>Suite 2000<br>Houston, TX 77056 | | Business Debt | | | | $27,122.00 |
| American Express<br>PO Box 60189<br>City of Industry, CA<br>91716-0189 | | Business Debt | | | | $20,000.00 |
| Amerisourcebergen<br>PO Box 100741<br>Pasadena, CA<br>91189-0741 | | Business Debt | | | | $33,569.40 |
| Anil Potti<br>PO Box 17206<br>Chapel Hill, NC<br>27516-7206 | | Business Debt | | | | $50,000.00 |
| Bederson<br>Accountants &<br>Advisors<br>100 Passaic Ave,<br>Suite 310<br>Fairfield, NJ 07004 | | Business Debt | | | | $18,836.50 |
| Blue Cross Blue<br>Shield of ND<br>PO Box 6005<br>Fargo, ND<br>58108-6005 | | Business Debt | | | | $45,000.00 |
| Eide Bailly, LLP<br>PO Box 88678<br>Milwaukee, WI<br>53288-8678 | | Business Debt | | | | $15,403.70 |
| EverCommerce<br>Solutions, Inc.<br>ISALUS, LLC<br>3601 Walnut St. Suite<br>400<br>Denver, CO 80205 | | Business Debt | | | | $50,955.25 |

Debtor Kidney and Hypertension Center, PLC
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Hanover Insurance<br>204 W North St.<br>Hanover, KS 66945 | | Business Debt | | | | $9,351.63 |
| McKesson Medical Surgical<br>PO Box 933027<br>Atlanta, GA 31193-3027 | | Business Debt | | | | $24,788.38 |
| Midwest Radiology<br>PO Box 2923<br>Indianapolis, IN 46206 | | Business Debt | | | | $260,545.74 |
| MMP Capital<br>19 Engineers Lane<br>Farmingdale, NY 11735 | | Business Debt | | | | $196,000.00 |
| Nodak Electric Cooperative<br>4000 32nd Ave S<br>Grand Forks, ND 58201 | | Business Debt | | | | $9,000.00 |
| Numana SEO<br>26174 E Applewood Pl.<br>Aurora, CO 80016 | | Business Debt | | | | $22,495.00 |
| PIRS Capital (Poseidon)<br>1688 Meridian Ave Ste 700<br>Miami Beach, FL 33139 | | Business Debt | | | | $370,000.00 |
| PNC Bank<br>300 Fifth Ave<br>Pittsburgh, PA 15222 | | Business Debt | | | | $93,000.00 |
| Radiation Physics Consultants<br>2353 Iowa Ave<br>Superior, WI 54880 | | Business Debt | | | | $9,444.67 |
| Robert Hjeldness and Michael Hjeldness<br>c/o BDH, Inc. 2036 9th St SE<br>East Grand Forks, MN 56721 | | Business Debt | | | | $184,000.00 |
| Siemens Medical Solutions USA Inc.<br>Dept. CH 14195<br>Palatine, IL 60055-4195 | | Business Debt | | | | $48,863.99 |

Debtor Kidney and Hypertension Center, PLC
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| TF Group, Inc. d/b/a Taycor Financial 100 N PCH, 15th Floor El Segundo, CA 90245 | | Business Debt | | | | $250,000.00 |

# United States Bankruptcy Court
## District of North Dakota

In re Kidney and Hypertension Center, PLC
Debtor(s)

Case No.
Chapter 11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Kidney and Hypertension Center, PLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 16, 2026
Date

/s/ Steven R. Kinsella
Steven R. Kinsella 09514
Signature of Attorney or Litigant
Counsel for Kidney and Hypertension Center, PLC

Fredrikson & Byron, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402
612.492.7000 Fax:612.492.7077
skinsella@fredlaw.com