**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | **Joint Administration Pending** |
| Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, | Case No.: 26-30886 |
| The Medical Group, LLC, | Case No.: 26-30888 |
| North Dakota Dialysis, LLC, | Case No.: 26-30889 |
| Aurora Dialysis, LLC, | Case No.: 26-30890 |
| Kidney Institute of North Dakota, LLC, | Case No.: 26-30891 |
| KDJ Investment Group, LLC, and | Case No.: 26-30892 |
| KDJ Properties, LLC, | Case No.: 26-30893 |
| | Chapter 11 Cases |
| Debtors.* | |

## CERTIFICATE OF SERVICE

Steven R. Kinsella, under penalty of perjury, states that on October 20, 2026, he caused to be served the following:

1. Declaration of Khaled Rabadi in Support of First Day Motions;

2. Motion for Expedited Hearings;

3. Order Granting Motion to Expedite Hearings on First Day Motions;

4. Motion for Order Authorizing Debtors to Pay Accrued and Outstanding Prepetition Employee Compensation, Benefits, and Related Amounts;

5. Motion for Order Authorizing Maintenance of Existing Bank Accounts and Check Stock and Continued Use of Cash Management System

6. Motion for Order (I) Granting Expedited Relief and (II) Authorizing Joint Administration of Cases; and

* In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' addresses and Employer Identification Numbers (EINs) are as follows: Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic (EIN #0821); The Medical Group, LLC (EIN #3765); North Dakota Dialysis, LLC (EIN #3768); Kidney Institute of North Dakota, LLC (EIN #6471); and KDJ Investment Group, LLC (EIN #2199), each located at 5750 S. Washington Street, Grand Forks, ND 58201. Aurora Dialysis, LLC (EIN #8084) is located at 1451 44th Avenue South, Suite 104D, Grand Forks, ND 58201, and KDJ Properties, LLC (EIN #1920) is located at 645 Beacon Circle, Grand Forks, ND 58201.

7. Motion for Order (I) Granting Expedited Relief and (II) Authorizing the Use of Cash Collateral on an Interim and Final Basis;

by sending true and correct copies via ECF or by Overnight Mail (Fed Express/Express Mail) to the parties on the attached service list pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, including the Notice and Service Requirements List.

Dated: October 21, 2026

*/e/ Steven R. Kinsella*
Steven R. Kinsella

| **US TRUSTEE AND OTHER REQUIRED PARTIES** |
|---|
| U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>USTPRegion12.SX.ECF@usdoj.gov |
| U.S. Trustee<br>Sarah Wencil<br>U.S. Trustee's Office<br>1015 US Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Sarah.J.Wencil@usdoj.gov |
| U.S. Trustee<br>Colin Kreuziger<br>U.S. Trustee's Office<br>1015 US Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Colin.Kreuziger@usdoj.gov |
| Internal Revenue Service<br>Centralized Insolvency<br>Operations Unit<br>PO Box 7346<br>Philadelphia, PA 19101 |
| North Dakota State Tax Commissioner<br>Office of State Tax Commissioner<br>PO Box 5623<br>Bismarck, ND 58506-5623 |
| **DEBTORS** |
| Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic<br>5750 S. Washington Street<br>Grand Forks, ND 58201 |
| The Medical Group, LLC<br>5750 S. Washington Street<br>Grand Forks, ND 58201 |
| North Dakota Dialysis, LLC<br>5750 S. Washington Street<br>Grand Forks, ND 58201 |
| Aurora Dialysis, LLC<br>1451 44th Avenue South,<br>Suite 104D<br>Grand Forks, ND 58201 |
| Kidney Institute of North Dakota, LLC<br>5750 S. Washington Street<br>Grand Forks, ND 58201 |
| KDJ Investment Group, LLC<br>5750 S. Washington Street<br>Grand Forks, ND 58201 |
| KDJ Properties, LLC<br>645 Beacon Circle<br>Grand Forks, ND 58201 |

| INTERESTED PARTIES | | | | |
|---|---|---|---|---|
| **Creditor Name** | **Address** | **City** | **State** | **ZIP** |
| AHS Staffing | 3009 Astoria Ct | Edmond | OK | 73034 |
| All Seasons | 5101 South Washington St. | Grand Forks | ND | 58201 |
| AlliantGroup, LP | 3009 Post Oak Blvd Suite 2000 | Houston | TX | 77056 |
| Bakke, Melissa | 1498 Norchip Circle | Grand Forks | ND | 58201 |
| Bederson Accountants & Advisors | 100 Passaic Ave, Suite 310 | Fairfield | NJ | 07004 |
| Blue Cross Blue Shield of North Dakota | Attn: Finance Department 4510 13th Avenue S. | Fargo | ND | 58121 |
| Bruce Hanson | 606 40th Ave S | Grand Forks | ND | 58201 |
| C&R Cleaners | 1010 North 5th Street | Grand Forks | ND | 58201 |
| Credibly | 25200 Telegraph Rd, Suite 350 | Southfield | MI | 48033 |
| Dietitians on Demand | 7814 Carousel Lane, Suite 210 | Richmond | VA | 23294 |
| DocuShred, Inc. | 42424 240th St SW | East Grand Forks | MN | 56721 |
| Electro Watchman | One West Water St. Suite 110 | St. Paul | MN | 55107 |
| EMD Millipore Corporation | 25760 Network Place | Chicago | IL | 60673-1257 |
| Evoqua Water Technologies (Xylem) | 28563 Network Place | Chicago | IL | 60673-1285 |
| First Western Bank & Trust | 855 26th Ave E | West Fargo | ND | 58078 |
| FSS Technologies | 3858 Bestech Dr., Suite F | Ypsilanti | MI | 48197 |
| Full Bore Underground, Inc. | 1490 Balsam Rd | Bemidji | MN | 56601 |
| Grand Forks Utility Billing | 255 N 4th St | Grand Forks | ND | 58203 |
| Guerbet | 214 Carnegie Center, Suite 300 | Princeton | NJ | 08540 |
| Hanover Insurance | 204 W North St. | Hanover | KS | 66945 |
| Hodgson, Daniel (LGD7) | 14339 98th St NE | Cavalier | ND | 58220 |
| ISALUS | 3601 Walnut St. Suite 400 | Denver | CO | 80205 |
| Kelly Carlson | 3904 Cedar Circle | Grand Forks | ND | 58201 |
| Lawn King | 1601 Dyke Ave | Grand Forks | ND | 58203 |
| Lenovo Financial Services | 21146 Network Place | Chicago | IL | 60673-1211 |

| INTERESTED PARTIES | | | | |
|---|---|---|---|---|
| Liberty Business | 3431 4th Avenue South | Fargo | ND | 58103 |
| Medical Protective | 23289 Network Place | Chicago | IL | 60673-1232 |
| Minnesota Revenue | 600 N Robert St. | St. Paul | MN | 55101 |
| Mitel | 6500 River Place Blvd Bldg 4 Ste 200 | Austin | TX | 78730 |
| MMP Capital | 19 Engineers Lane | Farmingdale | NY | 11735 |
| Mulroy, Daniel | 13 Desiree Dr. | Grand Forks | ND | 58201 |
| NMEF (TF Group) | 100 N PCH, 15th Floor | El Segundo | CA | 90245 |
| Nodak Electric Cooperative | 4000 32nd Ave S | Grand Forks | ND | 58201 |
| Numana SEO | 26174 E Applewood Pl. | Aurora | CO | 80016 |
| Office of State Tax Commissioner | 600 E. Boulevard Ave. Dept. 127 | Bismarck | ND | 58505 |
| PIRS Capital (Poseidon) | 1688 Meridian Ave Ste 700 | Miami Beach | FL | 33139 |
| PNC Bank | 300 Fifth Ave | Pittsburgh | PA | 15222 |
| Property Resources Group | 4609 33rd Ave S, Suite 400 | Fargo | ND | 58104 |
| Quik Travel Staffing | 2000 W Magnolia Blvd Ste. 100 | Burbank | CA | 91506 |
| Radiation Physics Consultants | 2353 Iowa Ave | Superior | WI | 54880 |
| Richard and Roxanne Ray | 9099 32nd Ave S | Grand Forks | ND | 58201-9115 |
| RingCentral | 20 Davis Drive | Belmont | CA | 94002 |
| Robert Hjeldness and Michael Hjeldness | c/o BDH, Inc. 2036 9th St SE | East Grand Forks | MN | 56721 |
| Rockwell Medical | 3498 Payshere Circle | Chicago | IL | 60674 |
| Sceptre Management | 520 N. Kays Drive | Kaysville | UT | 84037 |
| Sceptre Management | 612 North Kays Drive Suite 210 | Kaysville | UT | 84037 |
| US Small Business Administration | 409 3rd St. SW | Washington | DC | 20416 |
| US Small Business Administration | 657 2nd Ave. N. Room 360 | Fargo | ND | 58108 |
| Vanessa Kes | 5935 Sylvia Circle | Grand Forks | ND | 58201 |
| Altru Health System | Attn: Kim Dufault, Accounting PO Box 6002 | Grand Forks | ND | 58206-6002 |
| American Express | PO Box 60189 | City of Industry | CA | 91716-0189 |

| **INTERESTED PARTIES** | | | | |
|---|---|---|---|---|
| American Proficiency Institute | PO Box 7592 | Carol Stream | IL | 60197-7592 |
| Anderson Bottrell Sanden & Thompson | 4132 30th Ave S. Suite 100 PO Box 10247 | Fargo | ND | 58106-0247 |
| ASD Healthcare | PO Box 848104 | Dallas | TX | 75284-8104 |
| ASD Healthcare n/k/a Cencora | PO Box 100741 | Pasadena | CA | 91189-0741 |
| Bio Rad | PO Box 849740 | Los Angeles | CA | 90084-9740 |
| Blue Cross Blue Shield of ND | PO BOX 6005 | Fargo | ND | 58108-6005 |
| County of Grand Forks | PO Box 5638 | Grand Forks | ND | 58206-5638 |
| D&D Laboratory, LLC | PO Box 49682 | Greenwood | SC | 29649 |
| Dakota Carrier Network | PO Box 2484 | Fargo | ND | 58108-2484 |
| De Lage Landen Financial Services | PO Box 825736 | Philadelphia | PA | 19182-5736 |
| Eide Bailly | PO Box 88678 | Milwaukee | WI | 53288-8678 |
| Fresenius USA Manufacturing | PO Box 3936 | Boston | MA | 02241 |
| GE Healthcare | PO Box 640200 | Pittsburgh | PA | 15264-0200 |
| Grand Forks Utility Billing | PO Box 5518 | Grand Forks | ND | 58206-5518 |
| Henry Schein Orthodontics | Dept CH 10560 | Palatine | IL | 60055-0560 |
| McKesson Medical Surgical | PO Box 933027 | Atlanta | GA | 31193-3027 |
| Midcontinent | PO Box 5010 | Sioux Falls | SD | 57117-5010 |
| Midwest Radiology | PO Box 2923 | Indianapolis | IN | 46206 |
| Mutual of Omaha | Payment Processing Center PO Box 2147 | Omaha | NE | 68103-2147 |
| Newman | PO Box 1728 | Jamestown | ND | 58402 |
| Northern Plains Laboratory | PO Box 2036 | Bismarck | ND | 58502-2036 |
| Pathology Consultants | PO Box 2036 | Bismarck | ND | 58502-2036 |
| Potti Family Trust | Anil Potti, PO Box 17206 | Chapel Hill | NC | 27516-7206 |
| Premium Waters | PO Box 9128 | Minneapolis | MN | 55480 |
| Ramsoft | Dept 2275 PO Box 122275 | Dallas | TX | 75312-2275 |
| Siemens Healthcare Diagnostics | PO Box 121102 | Dallas | TX | 75312-1102 |

| INTERESTED PARTIES | | | | |
|---|---|---|---|---|
| Siemens Medical Solutions (SVC CNTRT) | Dept. CH 14195 | Palatine | IL | 60055-4195 |
| Spectra Laboratories | PO Box 3608 | Boston | MA | 02241-3708 |
| Stericycle, Inc. | PO Box 6575 | Carol Stream | IL | 60197-6575 |
| Travelers/CL & Specialty Remittance Center | PO Box 660317 | Dallas | TX | 75266-0317 |
| Twilight Commercial Cleaning LLC | PO Box 10945 | Fargo | ND | 58106 |
| United States Treasury | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| US Bank | PO Box 790408 | St. Louis | MO | 63179-0408 |
| USAble Life | PO Box 204678 | Dallas | TX | 75320-4678 |
| Vantive US Healthcare LLC | PO Box 735893 | Chicago | IL | 60673 |
| Visonex, LLC d/b/a Renvio | PO Box 202445 | Dallas | TX | 75320-2445 |
| Xcel Energy | PO BOX 9477 | Minneapolis | MN | 55484-9477 |