**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

In re:

Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic,
The Medical Group, LLC,
North Dakota Dialysis, LLC,
Aurora Dialysis, LLC,
Kidney Institute of North Dakota, LLC,
KDJ Investment Group, LLC, and
KDJ Properties, LLC,

Debtors.[1]

**Jointly Administered**

Case No.: 26-30886
Case No.: 26-30888
Case No.: 26-30889
Case No.: 26-30890
Case No.: 26-30891
Case No.: 26-30892
Case No.: 26-30893

Chapter 11 Cases

**MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS**

1. Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, The Medical Group, LLC, North Dakota Dialysis, LLC, Aurora Dialysis, LLC, Kidney Institute of North Dakota, LLC, KDJ Investment Group, LLC, and KDJ Properties, LLC (collectively, the "Debtors"), hereby file this Motion to Extend Time to File Schedules and Statements (the "Motion"). This Motion should be granted because the Debtors have limited employees to assist with preparing the schedules and statements for all seven business entities. The Debtors' schedules and statements are currently due by or on before October 30, 2026. An extension until November

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' addresses and Employer Identification Numbers (EINs) are as follows: Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic (EIN #0821); The Medical Group, LLC (EIN #3765); North Dakota Dialysis, LLC (EIN #3768); Kidney Institute of North Dakota, LLC (EIN #6471); and KDJ Investment Group, LLC (EIN #2199), each located at 5750 S. Washington Street, Grand Forks, ND 58201. Aurora Dialysis, LLC (EIN #8084) is located at 1451 44th Avenue South, Suite 104D, Grand Forks, ND 58201, and KDJ Properties, LLC (EIN #1920) is located at 645 Beacon Circle, Grand Forks, ND 58201.

23, 2026 would give the Debtors the time they need to fully and accurately complete the schedules and statements.

2. In support of this Motion, the Debtors respectfully represent as follows:

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. P. 5005. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The petitions commencing these Chapter 11 cases were filed on October 16, 2026 (the "Petition Date"). The cases are jointly administered and currently pending before this Court.

4. This Motion arises under 11 U.S.C. §§ 105(a) and 521(a)(1) and Fed. R. Bankr. P. 1007(c)(7) and 9006(b)(1). This Motion is filed under Fed. R. Bankr. P. 9013 and Local Rule 9013-1. Pursuant to Local Rule 2002-1(E)(4), the Court may grant this Motion without a hearing or an opportunity to respond.

## BACKGROUND

5. On the Petition Date, the Debtors filed voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses as debtors in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. There is presently no pending request or motion for the appointment of a trustee or examiner, and no official committee of unsecured creditors has been appointed.

6. Further background information about the Debtors and facts related to other first day motions are set forth in the Declaration of Dr. Khaled Rabadi in Support of First Day Motions (ECF No. 8 and ECF No. 23).

7. Under Fed. R. Bankr. P. 1007(c)(1), the Debtors' schedules and statements of are currently due on or before October 30, 2026.

**RELIEF REQUESTED**

8. The Debtors respectfully request that the Court enter an order extending the time for the Debtors to file their schedules and statements to November 23, 2026.

**BASIS FOR THE RELIEF REQUESTED**

9. Section 105(a) of the Bankruptcy Code provides that "[t]he court may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

10. Section 521(a) of the Bankruptcy Code and Bankruptcy Rule 1007(c) require a debtor to file the required schedules and statements with its voluntary petition or within 14 days after the filing of the petition. *Id.* § 521(a); Fed. R. Bankr. P. 1007(c). However, Bankruptcy Rule 9006(b)(1) provides that the Court may enlarge such time "for cause." Fed. R. Bankr. P. 9006(b)(1); *see also* 11 U.S.C. § 521(i) (providing that if a request for an extension is made within 45 days of the filing of the petition, the court can grant an additional 45-day extension).

11. Completion of the schedules and statements for all seven Debtors requires a significant amount of time and effort. The individuals with knowledge necessary to prepare the schedules and statements – the Debtors' owner, Dr. Khaled Rabadi, and the Debtors' business manager – play significant roles within the Debtors' operations and work in those operations every day. Dr. Rabadi continues to provide care to patients during business hours while the Debtors proceed through the initial stages of these Chapter 11 cases, limiting his availability during business hours to assist with preparing the Debtors' schedules and statements. The requested

extension would provide additional time to complete that work while Dr. Rabadi continues to attend to patient care

12. Given these limited personnel resources, gathering the information needed to prepare complete and accurate schedules and statements for each entity requires additional time.

13. Based on the foregoing, cause exists to extend the time for the Debtors to complete their schedules and statements to November 23, 2026.

14. The Debtors believe that extending the deadline through and including November 23, 2026 be sufficient to complete, verify, and file the schedules and statements. The proposed November 23, 2026 deadline will give the Debtors time to ensure that the schedules and statements are complete and accurate, which will benefit all parties in interest.

15. The proposed deadline is before the meeting of creditors, which is set for November 24, 2026. The United States Trustee and other parties in interest will still have time to review the schedules and statements prior to the meeting of creditors.

16. The Debtors have started the process of gathering the information required to complete the schedules and statements and hope to file them completed and filed prior to the proposed November 23, 2026 deadline. Nonetheless, the Debtors reserves the right to seek further extensions from this Court for good cause shown.

## CONCLUSION

17. For the foregoing reasons, the Debtors respectfully request that the Court grant the relief requested in the Motion.

18. This Motion is accompanied by a proposed order.

19. Pursuant to Fed. R. Bankr. P. 9006(d), this Motion is supported by the verification of facts in the Affidavit of Dr. Khaled Rabadi attached hereto.

20. Pursuant to Local Rule 9014-1(B), the Debtors hereby give notice that they may, if necessary, call Dr. Khaled Rabadi, the owner of the Debtors, to testify regarding the facts set forth in the Motion.

21. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

**WHEREFORE**, the Debtors respectfully request that this Court enter an order:

A. Extending the time for the Debtors to file the schedules and statements to November 23, 2026; and

B. Granting the Debtors such other and further relief as the Court deems necessary and proper.

Dated: October 28, 2026

*/e/ Steven R. Kinsella*

Steven R. Kinsella (#09514)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
skinsella@fredlaw.com

Austin A. Eggl (#09672)
**FREDRIKSON & BYRON, P.A.**
51 Broadway, Suite 400
Fargo, ND 58102-4991
(701) 237-8200
aeggl@fredlaw.com

**PROPOSED ATTORNEYS FOR DEBTORS**

**AFFIDAVIT**

I, Dr. Khaled Rabadi, am the owner of Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, The Medical Group, LLC, North Dakota Dialysis, LLC, Aurora Dialysis, LLC, Kidney Institute of North Dakota, LLC, KDJ Investment Group, LLC, and KDJ Properties, LLC, and I declare under penalty of perjury that the facts set forth in the preceding Motion to Extend Time to File Schedules and Statements are true and correct, according to the best of my knowledge, information, and belief.

Dated: October 28, 2026

Signed: DocuSigned by: Khaled Rabadi
56D59FC25E1A448...
Dr. Khaled Rabadi

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

In re:

Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic,
The Medical Group, LLC,
North Dakota Dialysis, LLC,
Aurora Dialysis, LLC,
Kidney Institute of North Dakota, LLC,
KDJ Investment Group, LLC, and
KDJ Properties, LLC,

Debtors.[1]

**Jointly Administered**

Case No.: 26-30886
Case No.: 26-30888
Case No.: 26-30889
Case No.: 26-30890
Case No.: 26-30891
Case No.: 26-30892
Case No.: 26-30893

Chapter 11 Cases

**ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS**

Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, The Medical Group, LLC, North Dakota Dialysis, LLC, Aurora Dialysis, LLC, Kidney Institute of North Dakota, LLC, KDJ Investment Group, LLC, and KDJ Properties, LLC (collectively, the "Debtors") filed a Motion to Extend Time to File Schedules and Statements (the "Motion") (Doc. __). Based upon the Motion, the Court finds that the circumstances of these cases warrant granting the relief requested in the Motion.

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' addresses and Employer Identification Numbers (EINs) are as follows: Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic (EIN #0821); The Medical Group, LLC (EIN #3765); North Dakota Dialysis, LLC (EIN #3768); Kidney Institute of North Dakota, LLC (EIN #6471); and KDJ Investment Group, LLC (EIN #2199), each located at 5750 S. Washington Street, Grand Forks, ND 58201. Aurora Dialysis, LLC (EIN #8084) is located at 1451 44th Avenue South, Suite 104D, Grand Forks, ND 58201, and KDJ Properties, LLC (EIN #1920) is located at 645 Beacon Circle, Grand Forks, ND 58201.

**THEREFORE, IT IS ORDERED**, the Motion is **GRANTED** and the Debtor has until and including November 23, 2026 to complete its schedules and statements.

Dated: ____________________________________

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT