# United States Bankruptcy Court
## District of North Dakota

In re Kidney and Hypertension Center, PLC
Debtor(s)

Case No. 26-30886
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 10/30/2026

*Dr. Khaled Rabadi*
Dr. Khaled Rabadi/Owner
Signer/Title

Alliantgroup
3009 Post Oak Blvd Suite 2000
Houston, TX 77056

American Express
PO Box 60189
City of Industry, CA 91716-0189

Amerisourcebergen
PO Box 100741
Pasadena, CA 91189-0741

Anil Potti
PO Box 17206
Chapel Hill, NC 27516-7206

Bederson Accountants & Advisors
100 Passaic Ave, Suite 310
Fairfield, NJ 07004

Bio-Rad Laboratories, Inc.
PO Box 849740
Los Angeles, CA 90084-9740

Blue Cross Blue Shield of ND
PO Box 6005
Fargo, ND 58108-6005

Bruce Hanson
606 40th Ave S
Grand Forks, ND 58201

C&R Laundry & Cleaners, Inc.
1010 North 5th Street
Grand Forks, ND 58201

County of Grand Forks
PO Box 5638
Grand Forks, ND 58206-5638

DCN, LLC
PO Box 2484
Fargo, ND 58108-2484

De Lage Landen Financial Services, Inc.
PO Box 825736
Philadelphia, PA 19182-5736

DocuShred
42424 240th St SW
East Grand Forks, MN 56721

Dr. Khaled Rabadi
645 Beacon Circle
Grand Forks, ND 58201

Eide Bailly, LLP
PO Box 88678
Milwaukee, WI 53288-8678

Electro Watchman
One West Water St. Suite 110
St. Paul, MN 55107

EMD Millipore Corporation
25760 Network Place
Chicago, IL 60673-1257

EverCommerce Solutions, Inc. ISALUS, LLC
3601 Walnut St. Suite 400
Denver, CO 80205

First Western Bank & Trust
855 26th Ave E
West Fargo, ND 58078

FSS Technologies
3858 Bestech Dr., Suite F
Ypsilanti, MI 48197

Full Bore Underground, Inc.
1490 Balsam Rd
Bemidji, MN 56601

GE Healthcare
PO Box 640200
Pittsburgh, PA 15264-0200

Grand Forks Utility Billing
255 N 4th St
Grand Forks, ND 58203

Guerbet
Dept 2917
Carol Stream, IL 60132

Guerbet
214 Carnegie Center, Suite 300
Princeton, NJ 08540

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

KDJ Investement Group
5750 S. Washington Street
Grand Forks, ND 58201

Kelly Carlson
3904 Cedar Circle
Grand Forks, ND 58201

Lenovo Financial Services
21146 Network Place
Chicago, IL 60673-1211

Liberty Business
3431 4th Avenue South
Fargo, ND 58103

McKesson Medical Surgical
PO Box 933027
Atlanta, GA 31193-3027

Medical Protective Company
23289 Network Place
Chicago, IL 60673-1232

Midcontinent
PO Box 5010
Sioux Falls, SD 57117-5010

Midwest Radiology
PO Box 2923
Indianapolis, IN 46206

Minnesota Department of Revenue
600 N Robert St.
St. Paul, MN 55101

Mitel
6500 River Place Blvd Bldg 4 Ste 200
Austin, TX 78730

MMP Capital
19 Engineers Lane
Farmingdale, NY 11735

Nader Rabadi
645 Beacon Circle
Grand Forks, ND 58201

Newman Signs, Inc.
PO Box 1728
Jamestown, ND 58402

Nodak Electric Cooperative
4000 32nd Ave S
Grand Forks, ND 58201

Northern Plains Laboratory
PO Box 2036
Bismarck, ND 58502-2036

Numana SEO
26174 E Applewood Pl.
Aurora, CO 80016

Office of State Tax Commissioner
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505-0599

Optum
c/o United Healthcare Services, Inc.
PO Box 736187
Chicago, IL 60673-6187

Pathology Consultants
PO Box 2036
Bismarck, ND 58502-2036

PIRS Capital
1688 Meridian Ave Ste 700
Miami Beach, FL 33139

PNC Bank
300 Fifth Ave
Pittsburgh, PA 15222

Property Resources Group
4609 33rd Ave S, Suite 400
Fargo, ND 58104

Radiation Physics Consultants
2353 Iowa Ave
Superior, WI 54880

Ramsoft USA, Inc.
Dept 2275 PO Box 122275
Dallas, TX 75312-2275

Richard or Roxanne Ray
9099 32nd Ave S
Grand Forks, ND 58201-9115

RingCentral
20 Davis Drive
Belmont, CA 94002

Robert Hjeldness and Michael Hjeldness
c/o BDH, Inc. 2036 9th St SE
East Grand Forks, MN 56721

Safe Harbor
Employee Fiduciary
205 N Conception St.
Mobile, AL 36603

Siemens Healthcare Diagnostics
PO Box 121102
Dallas, TX 75312-1102

Siemens Medical Solutions USA Inc.
Dept. CH 14195
Palatine, IL 60055-4195

TF Group, Inc. d/b/a Taycor Financial
100 N PCH, 15th Floor
El Segundo, CA 90245

The Hanover Insurance Company
PO Box 580045
Charlotte, NC 28258-0045

Travelers CL & Specialty Remittance Cent
PO Box 660317
Dallas, TX 75266-0317

Twilight Commercial Cleaning LLC
PO Box 10945
Fargo, ND 58106

US Small Business Administration
409 3rd St. SW
Washington, DC 20416

US Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

US Small Business Administration
657 2nd Ave. N. Room 360
Fargo, ND 58108

USAble Life
PO Box 204678
Dallas, TX 75320-4678

Vanessa Kes
5935 Sylvia Circle
Grand Forks, ND 58201

Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9477