AHS STAFFING, LLC
3009 ASTORIA CT
EDMOND OK 73034

ALL SEASONS
5101 SOUTH WASHINGTON ST.
GRAND FORKS ND 58201

ALLIANTGROUP, LP
3009 POST OAK BLVD SUITE 2000
HOUSTON TX 77056

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189

AMERISOURCEBERGEN
PO BOX 100741
PASADENA CA 91189-0741

ANIL POTTI
PO BOX 17206
CHAPEL HILL NC 27516-7206

ASD HEALTHCARE
P.O. BOX 848104
DALLAS TX 75284-8104

ASD HEALTHCARE
PO BOX 100741
PASADENA CA 91189-0741

AUTO OWNERS
PO BOX 740312
CINCINNATI OH 45274-0312

BEDERSON ACCOUNTANTS & ADVISORS
100 PASSAIC AVE, SUITE 310
FAIRFIELD NJ 07004

BIO-RAD LABORATORIES, INC.
PO BOX 849740
LOS ANGELES CA 90084-9740

BIOTE MEDICAL
1875 W WALNUT HILL LANE
SUITE 100
IRVING TX 75038

BLUE CROSS BLUE SHIELD OF ND
PO BOX 6005
FARGO ND 58108-6005

BLUE CROSS BLUE SHIELD OF NORTH DAKOTA
ATTN: FINANCE DEPARTMENT
4510 13TH AVENUE S
FARGO ND 58121

BRUCE HANSON
606 40TH AVE S
GRAND FORKS ND 58201

C&R LAUNDRY & CLEANERS, INC.
1010 NORTH 5TH STREET
GRAND FORKS ND 58201

COUNTY OF GRAND FORKS
PO BOX 5638
GRAND FORKS ND 58206-5638

CREDIBLY
25200 TELEGRAPH RD, SUITE 350
SOUTHFIELD MI 48033

D&D LABORATORY, LLC
PO BOX 49682
GREENWOOD SC 29649

DANIEL HODGSON
14339 98TH ST NE
CAVALIER ND 58220

DANIEL MULROY
13 DESIREE DR.
GRAND FORKS ND 58201

DCN, LLC
PO BOX 2484
FARGO ND 58108-2484

DE LAGE LANDEN FINANCIAL SERVICES, INC.
PO BOX 825736
PHILADELPHIA PA 19182-5736

DIETITIANS ON DEMAND
7814 CAROUSEL LANE, SUITE 210
RICHMOND VA 23294

DOCUSHRED
42424 240TH ST SW
EAST GRAND FORKS MN 56721

DR. KHALED RABADI
645 BEACON CIRCLE
GRAND FORKS ND 58201

EIDE BAILLY, LLP
PO BOX 88678
MILWAUKEE WI 53288-8678

ELECTRO WATCHMAN
ONE WEST WATER ST. SUITE 110
ST. PAUL MN 55107

EMD MILLIPORE CORPORATION
25760 NETWORK PLACE
CHICAGO IL 60673-1257

EVERCOMMERCE SOLUTIONS, INC. ISALUS, LLC
3601 WALNUT ST. SUITE 400
DENVER CO 80205

EVOQUA WATER TECHNOLOGIES LLC
28563 NETWORK PLACE
CHICAGO IL 60673-1285

FIRST WESTERN BANK & TRUST
855 26TH AVE E
WEST FARGO ND 58078

FRESENIUS USA MANUFACTURING
P.O. BOX 3936
BOSTON MA 02241

FSS TECHNOLOGIES
3858 BESTECH DR., SUITE F
YPSILANTI MI 48197

FULL BORE UNDERGROUND, INC.
1490 BALSAM RD
BEMIDJI MN 56601

GE HEALTHCARE
PO BOX 640200
PITTSBURGH PA 15264-0200

GRAND FORKS UTILITY BILLING
255 N 4TH ST
GRAND FORKS ND 58203

GRAND FORKS UTILITY BILLING
P.O. BOX 5518
GRAND FORKS ND 58206-5518

GUERBET
DEPT 2917
CAROL STREAM IL 60132

GUERBET
214 CARNEGIE CENTER, SUITE 300
PRINCETON NJ 08540

HENRY SCHEIN
DEPT CH 10560
PALATINE IL 60055-0560

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

KDJ INVESTEMENT GROUP
5750 S. WASHINGTON STREET
GRAND FORKS ND 58201

KELLY CARLSON
3904 CEDAR CIRCLE
GRAND FORKS ND 58201

KIDNEY AND HYPERTENSION CENTER, PLC
5750 S. WASHINGTON STREET
GRAND FORKS ND 58201

LAWN KING
1601 DYKE AVE
GRAND FORKS ND 58203

LENOVO FINANCIAL SERVICES
21146 NETWORK PLACE
CHICAGO IL 60673-1211

LIBERTY BUSINESS
3431 4TH AVENUE SOUTH
FARGO ND 58103

MCKESSON MEDICAL SURGICAL
PO BOX 933027
ATLANTA GA 31193-3027

MEDICAL PROTECTIVE COMPANY
23289 NETWORK PLACE
CHICAGO IL 60673-1232

MIDCONTINENT COMMUNICATIONS
P.O. BOX 5010
SIOUX FALLS SD 57117-5010

MIDWEST RADIOLOGY
PO BOX 2923
INDIANAPOLIS IN 46206

MINNESOTA DEPARTMENT OF REVENUE
600 N ROBERT ST.
ST. PAUL MN 55101

MITEL
6500 RIVER PLACE BLVD BLDG 4 STE 200
AUSTIN TX 78730

MMP CAPITAL
19 ENGINEERS LANE
FARMINGDALE NY 11735

MUTUAL OF OMAHA
PAYMENT PROCESSING CENTER PO BOX 2147
OMAHA NE 68103-2147

NADER RABADI
645 BEACON CIRCLE
GRAND FORKS ND 58201

NEWMAN SIGNS, INC.
PO BOX 1728
JAMESTOWN ND 58402

NODAK ELECTRIC COOPERATIVE
4000 32ND AVE S
GRAND FORKS ND 58201

NORTHERN PLAINS LABORATORY
PO BOX 2036
BISMARCK ND 58502-2036

NUMANA SEO
26174 E APPLEWOOD PL.
AURORA CO 80016

OFFICE OF STATE TAX COMMISSIONER
600 E. BOULEVARD AVE. DEPT. 127
BISMARCK ND 58505-0599

OPTUM
C/O UNITED HEALTHCARE SERVICES, INC.
PO BOX 736187
CHICAGO IL 60673-6187

PATHOLOGY CONSULTANTS
PO BOX 2036
BISMARCK ND 58502-2036

PIRS CAPITAL
1688 MERIDIAN AVE STE 700
MIAMI BEACH FL 33139

PNC BANK
300 FIFTH AVE
PITTSBURGH PA 15222

PROPERTY RESOURCES GROUP
4609 33RD AVE S, SUITE 400
FARGO ND 58104

QUIK TRAVEL STAFFING, INC
2000 W MAGNOLIA BLVD STE. 100
BURBANK CA 91506

RADIATION PHYSICS CONSULTANTS
2353 IOWA AVE
SUPERIOR WI 54880

RAMSOFT USA, INC.
DEPT 2275 PO BOX 122275
DALLAS TX 75312-2275

RICHARD OR ROXANNE RAY
9099 32ND AVE S
GRAND FORKS ND 58201-9115

RINGCENTRAL
20 DAVIS DRIVE
BELMONT CA 94002

ROBERT HJELDNESS AND MICHAEL HJELDNESS
C/O BDH, INC. 2036 9TH ST SE
EAST GRAND FORKS MN 56721

ROCKWELL MEDICAL
3498 PAYSHERE CIRCLE
CHICAGO IL 60674

SAFE HARBOR
EMPLOYEE FIDUCIARY
205 N CONCEPTION ST.
MOBILE AL 36603

SCEPTRE MANAGEMENT
612 NORTH KAYS DRIVE SUITE 210
KAYSVILLE UT 84037

SCEPTRE MANAGEMENT
520 N. KAYS DRIVE
KAYSVILLE UT 84037

SIEMENS HEALTHCARE DIAGNOSTICS
PO BOX 121102
DALLAS TX 75312-1102

SIEMENS MEDICAL SOLUTIONS USA INC.
DEPT. CH 14195
PALATINE IL 60055-4195

SPECTRA LABORATORIES
P.O. BOX 3608
BOSTON MA 02241-3708

STERICYCLE, INC.
P.O. BOX 6575
CAROL STREAM IL 60197-6575

TF GROUP, INC. D/B/A TAYCOR FINANCIAL
100 N PCH, 15TH FLOOR
EL SEGUNDO CA 90245

THE HANOVER INSURANCE COMPANY
PO BOX 580045
CHARLOTTE NC 28258-0045

TRAVELERS CL & SPECIALTY REMITTANCE CENT
PO BOX 660317
DALLAS TX 75266-0317

TWILIGHT COMMERCIAL CLEANING LLC
PO BOX 10945
FARGO ND 58106

US BANK
PO BOX 790408
ST. LOUIS MO 63179-0408

US SMALL BUSINESS ADMINISTRATION
409 3RD ST. SW
WASHINGTON DC 20416

US SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT ROAD
FORT WORTH TX 76155

US SMALL BUSINESS ADMINISTRATION
657 2ND AVE. N. ROOM 360
FARGO ND 58108

USABLE LIFE
PO BOX 204678
DALLAS TX 75320-4678

VANESSA KES
5935 SYLVIA CIRCLE
GRAND FORKS ND 58201

VANTIVE US HEALTHCARE LLC
PO BOX 735893
CHICAGO IL 60673

VISONEX, LLC/DBA RENVIO
PO BOX 202445
DALLAS TX 75320-2445

XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477