**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

In re:

Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic,
The Medical Group, LLC,
North Dakota Dialysis, LLC,
Aurora Dialysis, LLC,
Kidney Institute of North Dakota, LLC,
KDJ Investment Group, LLC, and
KDJ Properties, LLC,

Debtors.[1]

**Joint Administration Pending**

Case No.: 26-30886
Case No.: 26-30888
Case No.: 26-30889
Case No.: 26-30890
Case No.: 26-30891
Case No.: 26-30892
Case No.: 26-30893

Chapter 11 Cases

## CERTIFICATE OF SERVICE

Steven R. Kinsella, under penalty of perjury, states that on October 28, 2026, he caused to be served the Notice of Meeting of Creditors (ECF #6) by sending true and correct copies via United States Postal Service to the parties on the attached service list pursuant to 11 U.S.C. § 342.

Dated: October 30, 2026

*<u>/e/ Steven R. Kinsella</u>*
Steven R. Kinsella

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' addresses and Employer Identification Numbers (EINs) are as follows: Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic (EIN #0821); The Medical Group, LLC (EIN #3765); North Dakota Dialysis, LLC (EIN #3768); Kidney Institute of North Dakota, LLC (EIN #6471); and KDJ Investment Group, LLC (EIN #2199), each located at 5750 S. Washington Street, Grand Forks, ND 58201. Aurora Dialysis, LLC (EIN #8084) is located at 1451 44th Avenue South, Suite 104D, Grand Forks, ND 58201, and KDJ Properties, LLC (EIN #1920) is located at 645 Beacon Circle, Grand Forks, ND 58201.

| Creditor Name | Address | City | State | ZIP |
|---|---|---|---|---|
| AHS Staffing | 3009 Astoria Ct | Edmond | OK | 73034 |
| Alexa Tingelstad | 3715 S 19th St | Grand Forks | ND | 58201 |
| All Seasons | 5101 South Washington St. | Grand Forks | ND | 58201 |
| AlliantGroup, LP | 3009 Post Oak Blvd Suite 2000 | Houston | TX | 77056 |
| Altru Health System | Attn: Kim Dufault<br>Accounting PO Box 6002 | Grand Forks | ND | 58206-6002 |
| American Express | PO Box 60189 | City of Industry | CA | 91716-0189 |
| American Proficiency Institute | PO Box 7592 | Carol Stream | IL | 60197-7592 |
| Anderson Bottrell Sanden & Thompson | 4132 30th Ave S. Suite 100<br>PO Box 10247 | Fargo | ND | 58106-0247 |
| ASD Healthcare | PO Box 848104 | Dallas | TX | 75284-8104 |
| ASD Healthcare n/k/a Cencora | PO Box 100741 | Pasadena | CA | 91189-0741 |
| Aubre Bergum | 1279 Burbank | Grand Forks | ND | 58201 |
| Auto Owners | PO Box 740312 | Cincinnati | OH | 45274-0312 |
| Bakke, Melissa | 1498 Norchip Circle | Grand Forks | ND | 58201 |
| Bederson Accountants & Advisors | 100 Passaic Ave, Suite 310 | Fairfield | NJ | 07004 |
| Bertha Kalhagen | 9231 64th St NE | Webster | ND | 58382 |
| Bio Rad | PO Box 849740 | Los Angeles | CA | 90084-9740 |
| Biote Medical | 1875 W Walnut Hill Lane Suite 100 | Irving | TX | 75038 |
| Blue Cross Blue Shield of ND | PO BOX 6005 | Fargo | ND | 58108-6005 |
| Blue Cross Blue Shield of North Dakota | Attn: Finance Department<br>4510 13th Avenue S. | Fargo | ND | 58121 |
| Brittni Aamodt | 403 Oak St. Apt 2 | Grand Forks | ND | 58201 |
| Bruce Hanson | 606 40th Ave S | Grand Forks | ND | 58201 |
| C&R Cleaners | 1010 North 5th Street | Grand Forks | ND | 58201 |
| Charlene Lunski | 3765 Ruemmele Rd | Grand Forks | ND | 58201 |
| County of Grand Forks | PO Box 5638 | Grand Forks | ND | 58206-5638 |
| Credibly | 25200 Telegraph Rd, Suite 350 | Southfield | MI | 48033 |
| D&D Laboratory, LLC | PO Box 49682 | Greenwood | SC | 29649 |
| Dakota Carrier Network | PO Box 2484 | Fargo | ND | 58108-2484 |
| Danielle Pelton | 315 2nd Ave NE | Hillsboro | ND | 58045 |
| Darcie Williamson | 911 Cottonwood St Apt 203 | Grand Forks | ND | 58201 |
| De Lage Landen Financial Services | PO Box 825736 | Philadelphia | PA | 19182-5736 |
| Denise Gillespie | 627 22 Avenue S | Grand Forks | ND | 58201 |
| Dietitians on Demand | 7814 Carousel Lane, Suite 210 | Richmond | VA | 23294 |
| DocuShred, Inc. | 42424 240th St Sw | East Grand Forks | MN | 56721 |

| Creditor Name | Address | City | State | ZIP |
|---|---|---|---|---|
| Dr. Khaled Rabadi | 645 Beacon Circle | Grand Forks | ND | 58201 |
| Eide Bailly | PO Box 88678 | Milwaukee | WI | 53288-8678 |
| Electro Watchman | One West Water St. Suite 110 | St. Paul | MN | 55107 |
| EMD Millipore Corporation | 25760 Network Place | Chicago | IL | 60673-1257 |
| Evoqua Water Technologies (Xylem) | 28563 Network Place | Chicago | IL | 60673-1285 |
| First Western Bank & Trust | 855 26th Ave E | West Fargo | ND | 58078 |
| Fresenius USA Manufacturing | PO Box 3936 | Boston | MA | 02241 |
| FSS Technologies | 3858 Bestech Dr., Suite F | Ypsilanti | MI | 48197 |
| Full Bore Underground, Inc. | 1490 Balsam Rd | Bemidji | MN | 56601 |
| GE Healthcare | PO Box 640200 | Pittsburgh | PA | 15264-0200 |
| Genevieve Holm | 1842 220th St. | Hallock | MN | 56728 |
| Grand Forks Utility Billing | 255 N 4th St | Grand Forks | ND | 58203 |
| Grand Forks Utility Billing | PO Box 5518 | Grand Forks | ND | 58206-5518 |
| Guerbet | 214 Carnegie Center, Suite 300 | Princeton | NJ | 08540 |
| Henry Schein Orthodontics | Dept CH 10560 | Palatine | IL | 60055-0560 |
| Hodgson, Daniel (LGD7) | 14339 98th St NE | Cavalier | ND | 58220 |
| Internal Revenue Service | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| ISALUS | 3601 Walnut St. Suite 400 | Denver | CO | 80205 |
| Jenna Carter | 5560 Gallatan Circle | Grand Forks | ND | 58201 |
| Jennifer Grassel | 1002 Greenway Blvd SE | East Grand Forks | MN | 56721 |
| Jennifer Moeri | 1205 Eastview Dr. | Grafton | ND | 58237 |
| Julie Scholler | 67 Parkview Circle | Grand Forks | ND | 58201 |
| Kamrie Siegel | 4424 97th Ave NE | Crary | ND | 58327 |
| Karen Kuehn | 337 Wren Drive | Grand Forks | ND | 58201 |
| Kari Moran | 202 7th Ave S. Lot 68 | Crookston | MN | 56716 |
| Kathryn McNelis | 2135 12th Ave NW | East Grand Forks | MN | 56721 |
| Kelly Carlson | 3904 Cedar Circle | Grand Forks | ND | 58201 |
| Lauren Steien | 2200 S 29th St. Unit 22N | Grand Forks | ND | 58201 |
| Lawn King | 1601 Dyke Ave | Grand Forks | ND | 58203 |
| Lenovo Financial Services | 21146 Network Place | Chicago | IL | 60673-1211 |
| Liberty Business | 3431 4th Avenue South | Fargo | ND | 58103 |
| Madison Erickson | 615 Stuart Ave | Crookston | MN | 56716 |
| McKesson Medical Surgical | PO Box 933027 | Atlanta | GA | 31193-3027 |
| Medical Protective | 23289 Network Place | Chicago | IL | 60673-1232 |
| Melissa Snyder | PO Box 135 | Larimore | ND | 58251 |
| Midcontinent | PO Box 5010 | Sioux Falls | SD | 57117-5010 |

| Creditor Name | Address | City | State | ZIP |
|---|---|---|---|---|
| Midwest Radiology | PO Box 2923 | Indianapolis | IN | 46206 |
| Mitel | 6500 River Place Blvd Bldg 4 Ste 200 | Austin | TX | 78730 |
| MMP Capital | 19 Engineers Lane | Farmingdale | NY | 11735 |
| MN Department of Revenue | Collection Division<br>PO Box 64564 | St. Paul | MN | 55164-0564 |
| Mulroy, Daniel | 13 Desiree Dr. | Grand Forks | ND | 58201 |
| Mutual of Omaha | Payment Processing Center<br>PO Box 2147 | Omaha | NE | 68103-2147 |
| Nader Rabadi | 645 Beacon Circle | Grand Forks | ND | 58201 |
| Newman | PO Box 1728 | Jamestown | ND | 58402 |
| NMEF (TF Group) | 100 N PCH, 15th Floor | El Segundo | CA | 90245 |
| Nodak Electric Cooperative | 4000 32nd Ave S | Grand Forks | ND | 58201 |
| Northern Plains Laboratory | PO Box 2036 | Bismarck | ND | 58502-2036 |
| Numana SEO | 26174 E Applewood Pl. | Aurora | CO | 80016 |
| Office of Attorney General | 600 East Boulevard Avenue, Dept. 125 | Bismarck | ND | 58505-0040 |
| Office of State Tax Commissioner | 600 E. Boulevard Ave. Dept. 127 | Bismarck | ND | 58505 |
| Optum | c/o United Healthcare Services, IncPO Box | Chicago | IL | 60673 |
| Pathology Consultants | PO Box 2036 | Bismarck | ND | 58502-2036 |
| PIRS Capital (Poseidon) | 1688 Meridian Ave Ste 700 | Miami Beach | FL | 33139 |
| PNC Bank | 300 Fifth Ave | Pittsburgh | PA | 15222 |
| Potti Family Trust | Anil Potti 5989 Coldcreek Drive | Grand Forks | ND | 58201 |
| Premium Waters | PO Box 9128 | Minneapolis | MN | 55480 |
| Property Resources Group | 4609 33rd Ave S, Suite 400 | Fargo | ND | 58104 |
| Quik Travel Staffing | 2000 W Magnolia Blvd Ste. 100 | Burbank | CA | 91506 |
| Radiation Physics Consultants | 2353 Iowa Ave | Superior | WI | 54880 |
| Ramsoft | Dept 2275 PO Box 122275 | Dallas | TX | 75312-2275 |
| Richard and Roxanne Ray | 9099 32nd Ave S | Grand Forks | ND | 58201-9115 |
| RingCentral | 20 Davis Drive | Belmont | CA | 94002 |
| Robert Hjeldness and Michael Hjeldness | c/o BDH, Inc. 2036 9th St SE | East Grand Forks | MN | 56721 |
| Rockwell Medical | 3498 Payshere Circle | Chicago | IL | 60674 |
| Safe Harbor Employee Fiduciary | 205 N Conception St | Mobile | AL | 36603 |
| Sceptre Management | 520 N. Kays Drive | Kaysville | UT | 84037 |
| Sceptre Management | 612 North Kays Drive Suite 210 | Kaysville | UT | 84037 |
| Shelby Breiland | 518 8th Ave | Reynolds | ND | 58275 |
| Siemens Healthcare Diagnostics | PO Box 121102 | Dallas | TX | 75312-1102 |
| Siemens Medical Solutions (SVC CNTRT) | Dept. CH 14195 | Palatine | IL | 60055-4195 |

| Creditor Name | Address | City | State | ZIP |
|---|---|---|---|---|
| Spectra Laboratories | PO Box 3608 | Boston | MA | 02241-3708 |
| Stericycle, Inc. | 2355 Waukegan Road | Bannockburn | IL | 60015 |
| Suwonie Carberry | 966 58th Ave S | Grand Forks | ND | 58201 |
| The Hanover Insurance Company | PO Box 580045 | Charlotte | NC | 28258-0045 |
| Travelers/CL & Specialty Remittance Center | PO Box 660317 | Dallas | TX | 75266-0317 |
| Twilight Commercial Cleaning LLC | PO Box 10945 | Fargo | ND | 58106 |
| US Bank | PO Box 790408 | St. Louis | MO | 63179-0408 |
| US Small Business Administration | 409 3rd St. SW | Washington | DC | 20416 |
| US Small Business Administration | 657 2nd Ave. N. Room 360 | Fargo | ND | 58108 |
| USAble Life | PO Box 204678 | Dallas | TX | 75320-4678 |
| Vanessa Kes | 5935 Sylvia Circle | Grand Forks | ND | 58201 |
| Vantive US Healthcare LLC | PO Box 735893 | Chicago | IL | 60673 |
| Visonex, LLC d/b/a Renvio | PO Box 202445 | Dallas | TX | 75320-2445 |
| Xcel Energy | PO Box 4176 | Carol Stream | IL | 60197 |