United States Bankruptcy Court
District of North Dakota

In re: Case No. 26-30886-skh
Kidney and Hypertension Center, PLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 2
Date Rcvd: Nov 02, 2026 Form ID: pdf2some Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kidney and Hypertension Center, PLC, 5750 S Washington Street, Grand Forks, ND 58201-7593 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Austin Eggl | on behalf of Debtor KDJ Properties LLC AEggl@fredlaw.com, docketing@fredlaw.com |
| Austin Eggl | on behalf of Debtor North Dakota Dialysis LLC AEggl@fredlaw.com, docketing@fredlaw.com |
| Austin Eggl | on behalf of Debtor KDJ Investment Group LLC AEggl@fredlaw.com, docketing@fredlaw.com |
| Austin Eggl | on behalf of Debtor The Medical Group LLC AEggl@fredlaw.com, docketing@fredlaw.com |
| Austin Eggl | on behalf of Debtor Aurora Dialysis LLC AEggl@fredlaw.com, docketing@fredlaw.com |
| Austin Eggl | on behalf of Debtor Kidney and Hypertension Center PLC AEggl@fredlaw.com, docketing@fredlaw.com |

| | |
|---|---|
| Austin Eggl | on behalf of Debtor Kidney Institute of North Dakota LLC AEggl@fredlaw.com, docketing@fredlaw.com |
| Christianna A. Cathcart | on behalf of Defendant Khaled Rabadi christianna@dakotabankruptcy.com Cathcart.ChristiannaB114029@notify.bestcase.com |
| Colin Kreuziger | on behalf of U.S. Trustee United States Trustee colin.kreuziger@usdoj.gov |
| Maurice VerStandig | on behalf of Defendant Khaled Rabadi mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Interested Party Khaled Rabadi mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Melissa H Burkland | on behalf of Creditor USA/SBA Melissa.Burkland@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Nici Meyer | on behalf of Creditor First Western Bank & Trust nmeyer@minotlaw.com |
| Nici Meyer | on behalf of Plaintiff First Western Bank & Trust nmeyer@minotlaw.com |
| Richard P. Olson | on behalf of Plaintiff First Western Bank & Trust rpolson@minotlaw.com rpolson@minotlaw.com |
| Richard P. Olson | on behalf of Creditor First Western Bank & Trust rpolson@minotlaw.com rpolson@minotlaw.com |
| Ryan G Quarne | on behalf of Creditor First Western Bank & Trust rgquarne@minotlaw.com |
| Steven R Kinsella | on behalf of Debtor Aurora Dialysis LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor KDJ Investment Group LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor KDJ Properties LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor Kidney and Hypertension Center PLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor North Dakota Dialysis LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor Kidney Institute of North Dakota LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| Steven R Kinsella | on behalf of Debtor The Medical Group LLC skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 25

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

---

In re:

Kidney and Hypertension Center, PLC
d/b/a Grand Forks Clinic,
The Medical Group, LLC,
North Dakota Dialysis, LLC,
Aurora Dialysis, LLC,
Kidney Institute of North Dakota, LLC,
KDJ Investment Group, LLC, and
KDJ Properties, LLC,

Debtors.[1]

**Jointly Administered**

Case No.: 26-30886
Case No.: 26-30888
Case No.: 26-30889
Case No.: 26-30890
Case No.: 26-30891
Case No.: 26-30892
Case No.: 26-30893

Chapter 11 Cases

---

**ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS**

---

Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, The Medical Group, LLC, North Dakota Dialysis, LLC, Aurora Dialysis, LLC, Kidney Institute of North Dakota, LLC, KDJ Investment Group, LLC, and KDJ Properties, LLC (collectively, the "Debtors") filed a Motion to Extend Time to File Schedules and Statements (the "Motion") (Doc. 30). Based upon the Motion, the Court finds that the circumstances of these cases warrant granting the relief requested in the Motion.

---

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' addresses and Employer Identification Numbers (EINs) are as follows: Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic (EIN #0821); The Medical Group, LLC (EIN #3765); North Dakota Dialysis, LLC (EIN #3768); Kidney Institute of North Dakota, LLC (EIN #6471); and KDJ Investment Group, LLC (EIN #2199), each located at 5750 S. Washington Street, Grand Forks, ND 58201. Aurora Dialysis, LLC (EIN #8084) is located at 1451 44th Avenue South, Suite 104D, Grand Forks, ND 58201, and KDJ Properties, LLC (EIN #1920) is located at 645 Beacon Circle, Grand Forks, ND 58201.

**THEREFORE, IT IS ORDERED**, the Motion is **GRANTED.** Debtor is granted until and including November 23, 2026, to complete its schedules and statements.

Dated: November 2, 2026

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court