**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

---

In re:

Kidney and Hypertension Center, PLC d/b/a
Grand Forks Clinic,
The Medical Group, LLC,
North Dakota Dialysis, LLC,
Aurora Dialysis, LLC,
Kidney Institute of North Dakota, LLC,
KDJ Investment Group, LLC, and
KDJ Properties, LLC,

Debtors.*

**Jointly Administered**

Case No.: 26-30886
Case No.: 26-30888
Case No.: 26-30889
Case No.: 26-30890
Case No.: 26-30891
Case No.: 26-30892
Case No.: 26-30893

Chapter 11 Cases

---

# CERTIFICATE OF SERVICE

---

Steven R. Kinsella, under penalty of perjury, states that on November 6, 2026, he caused to be served the following:

1. Motion for Order Determining the Appointment of a Patient Care Ombudsman is Not Necessary (ECF #43); and

2. Order Approving Application for the Retention and Employment of Steven R. Kinsella and Fredrikson & Byron, P.A. As counsel for the Debtor (ECF #42)

by sending true and correct copies via ECF or by U.S. Mail to the parties on the attached service list pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1, including the Notice and Service Requirements List.

Dated: November 10, 2026

*/e/ Steven R. Kinsella*
Steven R. Kinsella

---

* In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' addresses and Employer Identification Numbers (EINs) are as follows: Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic (EIN #0821); The Medical Group, LLC (EIN #3765); North Dakota Dialysis, LLC (EIN #3768); Kidney Institute of North Dakota, LLC (EIN #6471); and KDJ Investment Group, LLC (EIN #2199), each located at 5750 S. Washington Street, Grand Forks, ND 58201. Aurora Dialysis, LLC (EIN #8084) is located at 1451 44th Avenue South, Suite 104D, Grand Forks, ND 58201, and KDJ Properties, LLC (EIN #1920) is located at 645 Beacon Circle, Grand Forks, ND 58201.

**US TRUSTEE AND OTHER REQUIRED PARTIES**

U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
USTPRegion12.SX.ECF@usdoj.gov

U.S. Trustee
Sarah Wencil
U.S. Trustee's Office
1015 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Sarah.J.Wencil@usdoj.gov

U.S. Trustee
Colin Kreuziger
U.S. Trustee's Office
1015 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Colin.Kreuziger@usdoj.gov

Internal Revenue Service
Centralized Insolvency
Operations Unit
PO Box 7346
Philadelphia, PA 19101

North Dakota State Tax Commissioner
Office of State Tax Commissioner
PO Box 5623
Bismarck, ND 58506-5623

Office of Attorney General
600 East Boulevard Avenue
Dept. 125
Bismarck, ND 58505-0040

**DEBTORS**

Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic
5750 S. Washington Street
Grand Forks, ND 58201

The Medical Group, LLC
5750 S. Washington Street
Grand Forks, ND 58201

North Dakota Dialysis, LLC
5750 S. Washington Street
Grand Forks, ND 58201

Aurora Dialysis, LLC
1451 44th Avenue South,
Suite 104D
Grand Forks, ND 58201

Kidney Institute of North Dakota, LLC
5750 S. Washington Street
Grand Forks, ND 58201

KDJ Investment Group, LLC
5750 S. Washington Street
Grand Forks, ND 58201

KDJ Properties, LLC
645 Beacon Circle
Grand Forks, ND 58201

**ECF INTERESTED PARTIES**

Melissa H Burkland
Office of the United States Attorney
Quentin N Burdick United States Courthouse
655 1st Ave N, Ste. 250
Fargo, ND 58102-4932
Melissa.Burkland@usdoj.gov

Nici Meyer
Olson & Burns P.C.
17 1st Ave SE
PO Box 1180
Minot, ND 58702-1180
nmeyer@minotlaw.com

Richard P. Olson
Olson & Burns, P.C.
P.O. Box 1180
Minot, ND 58702-1180
rpolson@minotlaw.com

Ryan G Quarne
Olson and Burns, P.C.
17 1st Ave. SE
P.O. Box 1180
Minot, ND 58702-1180
rgquarne@minotlaw.com

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102
mac@mbvesq.com

| U.S. MAIL INTERESTED PARTIES | | | | |
|---|---|---|---|---|
| **Creditor Name** | **Address** | **City** | **State** | **ZIP** |
| AHS Staffing | 3009 Astoria Ct | Edmond | OK | 73034 |
| All Seasons | 5101 South Washington St. | Grand Forks | ND | 58201 |
| AlliantGroup, LP | 3009 Post Oak Blvd Suite 2000 | Houston | TX | 77056 |
| Altru Health System | Attn: Kim Dufault<br>Accounting PO Box 6002 | Grand Forks | ND | 58206-6002 |
| American Express | PO Box 60189 | City of Industry | CA | 91716-0189 |
| Anderson Bottrell Sanden & Thompson | 4132 30th Ave S. Suite 100<br>PO Box 10247 | Fargo | ND | 58106-0247 |
| ASD Healthcare | PO Box 848104 | Dallas | TX | 75284-8104 |
| ASD Healthcare n/k/a Cencora | PO Box 100741 | Pasadena | CA | 91189-0741 |
| Auto Owners | PO Box 740312 | Cincinnati | OH | 45274-0312 |
| Melissa Bakke | 1498 Norchip Circle | Grand Forks | ND | 58201 |
| Bederson Accountants & Advisors | 100 Passaic Ave, Suite 310 | Fairfield | NJ | 07004 |
| Bio Rad Laboratories Inc. | Attn: Legal Dept<br>1000 Alfred Nobel Dr | Hercules | CA | 94547-1811 |
| Biote Medical | 1875 W Walnut Hill Lane Suite 100 | Irving | TX | 75038 |
| Blue Cross Blue Shield of ND | PO BOX 6005 | Fargo | ND | 58108-6005 |
| Blue Cross Blue Shield of North Dakota | Attn: Finance Department<br>4510 13th Avenue S. | Fargo | ND | 58121 |
| Bruce Hanson | 606 40th Ave S | Grand Forks | ND | 58201 |
| C&R Cleaners | 1010 North 5th Street | Grand Forks | ND | 58201 |
| County of Grand Forks | PO Box 5638 | Grand Forks | ND | 58206-5638 |
| Credibly | 25200 Telegraph Rd, Suite 350 | Southfield | MI | 48033 |
| D&D Laboratory, LLC | PO Box 49682 | Greenwood | SC | 29649 |
| Dakota Carrier Network | PO Box 2484 | Fargo | ND | 58108-2484 |
| De Lage Landen Financial Services | PO Box 825736 | Philadelphia | PA | 19182-5736 |

| | | | | |
|---|---|---|---|---|
| Dietitians on Demand | 7814 Carousel Lane, Suite 210 | Richmond | VA | 23294 |
| DocuShred, Inc. | 42424 240th St Sw | East Grand Forks | MN | 56721 |
| Dr. Khaled Rabadi | 645 Beacon Circle | Grand Forks | ND | 58201 |
| Eide Bailly | PO Box 88678 | Milwaukee | WI | 53288-8678 |
| Electro Watchman | One West Water St. Suite 110 | St. Paul | MN | 55107 |
| EMD Millipore Corporation | 25760 Network Place | Chicago | IL | 60673-1257 |
| Evoqua Water Technologies (Xylem) | 28563 Network Place | Chicago | IL | 60673-1285 |
| First Western Bank & Trust | 855 26th Ave E | West Fargo | ND | 58078 |
| Fresenius USA Manufacturing | PO Box 3936 | Boston | MA | 02241 |
| FSS Technologies | 3858 Bestech Dr., Suite F | Ypsilanti | MI | 48197 |
| Full Bore Underground, Inc. | 1490 Balsam Rd | Bemidji | MN | 56601 |
| GE Healthcare | PO Box 640200 | Pittsburgh | PA | 15264-0200 |
| Grand Forks Utility Billing | 255 N 4th St | Grand Forks | ND | 58203 |
| Grand Forks Utility Billing | PO Box 5518 | Grand Forks | ND | 58206-5518 |
| Guerbet | 214 Carnegie Center, Suite 300 | Princeton | NJ | 08540 |
| Henry Schein Orthodontics | Dept CH 10560 | Palatine | IL | 60055-0560 |
| Hodgson, Daniel (LGD7) | 14339 98th St NE | Cavalier | ND | 58220 |
| ISALUS | 3601 Walnut St. Suite 400 | Denver | CO | 80205 |
| Kelly Carlson | 3904 Cedar Circle | Grand Forks | ND | 58201 |
| Lawn King | 1601 Dyke Ave | Grand Forks | ND | 58203 |
| Lenovo Financial Services | 21146 Network Place | Chicago | IL | 60673-1211 |
| Liberty Business | 3431 4th Avenue South | Fargo | ND | 58103 |
| McKesson Medical Surgical | PO Box 933027 | Atlanta | GA | 31193-3027 |
| Medical Protective | 23289 Network Place | Chicago | IL | 60673-1232 |
| Midcontinent | PO Box 5010 | Sioux Falls | SD | 57117-5010 |
| Midwest Radiology | PO Box 2923 | Indianapolis | IN | 46206 |
| Mitel | 2160 W Broadway Road Ste 103 | Mesa | AZ | 85202 |
| MMP Capital | 19 Engineers Lane | Farmingdale | NY | 11735 |

| | | | | |
|---|---|---|---|---|
| Mulroy, Daniel | 13 Desiree Dr. | Grand Forks | ND | 58201 |
| Mutual of Omaha | Payment Processing Center<br>PO Box 2147 | Omaha | NE | 68103-2147 |
| Nader Rabadi | 645 Beacon Circle | Grand Forks | ND | 58201 |
| Newman | PO Box 1728 | Jamestown | ND | 58402 |
| NMEF (TF Group) | 100 N PCH, 15th Floor | El Segundo | CA | 90245 |
| Nodak Electric Cooperative | 4000 32nd Ave S | Grand Forks | ND | 58201 |
| Northern Plains Laboratory | PO Box 2036 | Bismarck | ND | 58502-2036 |
| Numana SEO | 26174 E Applewood Pl. | Aurora | CO | 80016 |
| Optum | c/o United Healthcare Services, IncPO Box 736187 | Chicago | IL | 60673 |
| Pathology Consultants | PO Box 2036 | Bismarck | ND | 58502-2036 |
| PIRS Capital (Poseidon) | 1688 Meridian Ave Ste 700 | Miami Beach | FL | 33139 |
| PNC Bank | PO Box 94982 | Cleveland | OH | 44101-4982 |
| Potti Family Trust | Anil Potti 5989 Coldcreek Drive | Grand Forks | ND | 58201 |
| Premium Waters | PO Box 9128 | Minneapolis | MN | 55480 |
| Property Resources Group | 4609 33rd Ave S, Suite 400 | Fargo | ND | 58104 |
| Quik Travel Staffing | 2000 W Magnolia Blvd Ste. 100 | Burbank | CA | 91506 |
| Radiation Physics Consultants | 2353 Iowa Ave | Superior | WI | 54880 |
| Ramsoft | Dept 2275 PO Box 122275 | Dallas | TX | 75312-2275 |
| Richard and Roxanne Ray | 9099 32nd Ave S | Grand Forks | ND | 58201-9115 |
| RingCentral | 20 Davis Drive | Belmont | CA | 94002 |
| Robert Hjeldness and Michael Hjeldness | c/o BDH, Inc. 2036 9th St SE | East Grand Forks | MN | 56721 |
| Rockwell Medical | 3498 Payshere Circle | Chicago | IL | 60674 |
| Safe Harbor Employee Fiduciary | 205 N Conception St | Mobile | AL | 36603 |
| Sceptre Management | 520 N. Kays Drive | Kaysville | UT | 84037 |
| Sceptre Management | 612 North Kays Drive Suite 210 | Kaysville | UT | 84037 |
| Siemens Healthcare Diagnostics | PO Box 121102 | Dallas | TX | 75312-1102 |
| Siemens Medical Solutions (SVC CNTRT) | Dept. CH 14195 | Palatine | IL | 60055-4195 |

| | | | | |
|---|---|---|---|---|
| Spectra Laboratories | PO Box 3608 | Boston | MA | 02241-3708 |
| Stericycle, Inc. | 2355 Waukegan Road | Bannockburn | IL | 60015 |
| The Hanover Insurance Company | PO Box 580045 | Charlotte | NC | 28258-0045 |
| Travelers/CL & Specialty Remittance Center | PO Box 660317 | Dallas | TX | 75266-0317 |
| Twilight Commercial Cleaning LLC | PO Box 10945 | Fargo | ND | 58106 |
| US Bank | PO Box 5229 | Cincinnati | OH | 45201 |
| US Small Business Administration | 409 3rd St. SW | Washington | DC | 20416 |
| US Small Business Administration | 657 2nd Ave. N. Room 360 | Fargo | ND | 58108 |
| USAble Life | PO Box 204678 | Dallas | TX | 75320-4678 |
| Vanessa Kes | 5935 Sylvia Circle | Grand Forks | ND | 58201 |
| Vantive US Healthcare LLC | PO Box 735893 | Chicago | IL | 60673 |
| Visonex, LLC d/b/a Renvio | PO Box 202445 | Dallas | TX | 75320-2445 |
| Xcel Energy | Attn: Bankruptcy Dept 414 Nicollet Mall | Minneapolis | MN | 55401-1993 |