**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic,<br>The Medical Group, LLC,<br>North Dakota Dialysis, LLC,<br>Aurora Dialysis, LLC,<br>Kidney Institute of North Dakota, LLC,<br>KDJ Investment Group, LLC, and<br>KDJ Properties, LLC,<br><br>Debtors.[1] | **Jointly Administered**<br><br>Case No.: 26-30886<br>Case No.: 26-30888<br>Case No.: 26-30889<br>Case No.: 26-30890<br>Case No.: 26-30891<br>Case No.: 26-30892<br>Case No.: 26-30893<br><br>Chapter 11 Cases |

**SUPPLEMENTAL DECLARATION OF STEVEN R. KINSELLA REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER APPROVING THE RETENTION AND EMPLOYMENT OF FREDRIKSON & BYRON, P.A. AS COUNSEL FOR THE DEBTORS**

I, Steven R. Kinsella, declare as follows:

1. I am a shareholder of Fredrikson & Byron, P.A. ("Fredrikson"), duly admitted to practice in the State of North Dakota, and the United States District Court for the District of North Dakota. I am an active member of the federal bar of the United States District Court for the District of North Dakota.

[1] In accordance with Fed. R. Bankr. P. 2002(n) and 1005 and 11 U.S.C. § 342(c), as applicable, the Debtors' addresses and Employer Identification Numbers (EINs) are as follows: Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic (EIN #0821); The Medical Group, LLC (EIN #3765); North Dakota Dialysis, LLC (EIN #3768); Kidney Institute of North Dakota, LLC (EIN #6471); and KDJ Investment Group, LLC (EIN #2199), each located at 5750 S. Washington Street, Grand Forks, ND 58201. Aurora Dialysis, LLC (EIN #8084) is located at 1451 44th Avenue South, Suite 104D, Grand Forks, ND 58201, and KDJ Properties, LLC (EIN #1920) is located at 645 Beacon Circle, Grand Forks, ND 58201.

2. On October 19, 2026, the Debtors filed an *Application for Entry for an Order Approving the Retention and Employment of Fredrikson & Byron, P.A. as Counsel for the Debtors* (the "Application"). (ECF No. 9)

3. On November 5, 2026, the Court entered an order approving the Application. (ECF No. 42.)

4. Pursuant to Fed. R. Bankr. P. 2014 and Local Rule 9010-2(F), Fredrikson submits this supplemental declaration to supplement the disclosures made in the Application. Specifically, Fredrikson discloses that, in the days leading up to the commencement of these chapter 11 cases, Fredrikson provided prepetition legal services to the Debtors in connection with the preparation for the bankruptcy filing. Fees and expenses for those prepetition services total $5,016.00 (the "Prepetition Amount"), which amount was not paid prior to the petition date and remains unpaid as of the date of this declaration.

5. Fredrikson currently holds a retainer in the amount of $5,115.00 (the "Retainer"), which exceeds the Prepetition Amount. Fredrikson will seek authority to apply the Retainer to the Prepetition Amount in its first interim fee application.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 16, 2026

*/s/ Steven R. Kinsella*
Steven R. Kinsella