UNITED STATES BANKRUPTCY COURT
District of North Dakota Fargo

| In re: Kidney and Hypertension Center, PLC, Debtor(s). | Case No.: 26-30886<br>Chapter: 11 |
| --- | --- |

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(b)(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 11/18/2026, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on each entity shown on the attached exhibit(s) at the address shown and by the method shown. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Objection to (related document(s): 9 Application to Employ Fredrikson & Byron, P.A. as Debtors' Counsel Including: Notice of Motion served on 10/20/2026 filed by Debtor Kidney and Hypertension Center, PLC, 46 Affidavit filed by Debtor Kidney and Hypertension Center, PLC) Filed by U.S. Trustee United States Trustee (Kreuziger, Colin) (Entered: 11/17/2026)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

11/18/2026

Tinamarie Feil

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**

**Kidney and Hypertension Center, PLC 26-30886**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 33463 | Aurora Dialysis, LLC, 1451 44th Avenue S., Suite 104D, Grand Forks, ND, 58201 | **First Class** |
| 33463 | KDJ Investment Group, LLC, 5750 S. Washington St., Grand Forks, ND, 58201 | **First Class** |
| 33463 | KDJ Properties LLC, 645 Beacon Circle, Grand Forks, ND, 58201 | **First Class** |
| 33463 | Kidney and Hypertension Center, PLC , 5750 S Washington Street, Grand Forks, ND, 58201-7593, United States of America | **First Class** |
| 33463 | Kidney Institute of North Dakota, LLC, 5750 S. Washington St., Grand Forks, ND, 58201 | **First Class** |
| 33463 | North Dakota Dialysis, LLC, 5750 S. Washington St., Grand Forks, ND, 58201 | **First Class** |
| 33463 | The Medical Group, LLC, 5750 S. Washington Street, Grand Forks, ND, 58201 | **First Class** |