**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

| | |
|---|---|
| **Kidney and Hypertension Center, PLC,** | |
| **d/b/a Grand Forks Clinic,** | **Bankruptcy No. 26-30886** |
| **The Medical Group, LLC,** | **Bankruptcy No. 26-30888** |
| **North Dakota Dialysis, LLC,** | **Bankruptcy No. 26-30889** |
| **Aurora Dialysis, LLC,** | **Bankruptcy No. 26-30890** |
| **Kidney Institute of North Dakota, LLC,** | **Bankruptcy No. 26-30891** |
| **KDJ Investment Group, LLC, and** | **Bankruptcy No. 26-30892** |
| **KDJ Properties, LLC,** | **Bankruptcy No. 26-30893** |

**Debtors.**

---

## MOTION TO APPEAR BY TELEPHONE OR VIDEO

---

1. Mary R. Jensen, Acting United States Trustee for Region 12("UST"), respectively moves this Court to enter an order under Local Rule 5001-1 or Local Rule 5001-2 allowing her to appear by telephone or video through undersigned counsel at the hearing scheduled on Tuesday, December 15, 2026 at 2:00 p.m., on the following:

   Notice of Hearing On 9 Application for Entry of an Order Approving the Retention and Employment of Fredrikson & Byron, P.A. as Counsel for the Debtors. Hearing to be held on 12/15/2026 at 02:00 PM (Central) at Quentin N. Burdick U.S. Courthouse, Courtroom #3, 2nd Floor, 655 1st Ave. N., Fargo, ND 58102. (sfh) (Entered: 11/19/2026)

2. The UST does not anticipate any factual disputes that would necessitate the presentation of evidence. Instead, the UST believes that the hearing will be limited to legal argument. Travel for such a limited purpose would be burdensome and expensive for the UST.

WHEREFORE, undersigned counsel requests that he be allowed to appear by telephone or video.

Dated: November 23, 2026

MARY R. JENSEN
ACTING UNITED STATES TRUSTEE
REGION 12

s/ Colin Kreuziger
Colin Kreuziger
MN Atty. No. 0386834
Trial Attorney
United States Department of Justice
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1360
Colin.Kreuziger@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

| | |
|---|---|
| **Kidney and Hypertension Center, PLC,** | |
| **d/b/a Grand Forks Clinic,** | **Bankruptcy No. 26-30886** |
| **The Medical Group, LLC,** | **Bankruptcy No. 26-30888** |
| **North Dakota Dialysis, LLC,** | **Bankruptcy No. 26-30889** |
| **Aurora Dialysis, LLC,** | **Bankruptcy No. 26-30890** |
| **Kidney Institute of North Dakota, LLC,** | **Bankruptcy No. 26-30891** |
| **KDJ Investment Group, LLC, and** | **Bankruptcy No. 26-30892** |
| **KDJ Properties, LLC,** | **Bankruptcy No. 26-30893** |

**Debtors.**

---

## CERTIFICATE OF SERVICE

---

Colin Kreuziger, an employee of the United States Department of Justice, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: November 23, 2026

s/ Colin Kreuziger
Colin Kreuziger
MN Atty. No. 0386834
Trial Attorney
United States Department of Justice
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1360
Colin.Kreuziger@usdoj.gov