**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

---

In re:

| | |
|---|---|
| Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, | Case No.: 26-30886 |
| The Medical Group, LLC, | Case No.: 26-30888 |
| North Dakota Dialysis, LLC, | Case No.: 26-30889 |
| Aurora Dialysis, LLC, | Case No.: 26-30890 |
| Kidney Institute of North Dakota, LLC, | Case No.: 26-30891 |
| KDJ Investment Group, LLC, and | Case No.: 26-30892 |
| KDJ Properties, LLC, | Case No.: 26-30893 |
| | Chapter 11 Cases |
| Debtors. | |

---

**ORDER GRANTING MOTION FOR AN ORDER DETERMINING THAT THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN IS NOT NECESSARY**

---

Debtors Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, The Medical Group, LLC, Aurora Dialysis, LLC, and Kidney Institute of North Dakota, LLC, filed a Motion for Order Determining the Appointment of a Patient Care Ombudsman is Not Necessary. Based on the record, the Court finds that cause to grant the relief requested in the motion.

**THEREFORE, IT IS ORDERED:**

1. The motion is **GRANTED.**

2. Under the specific circumstances of this case, the appointment of a patient care ombudsman is not necessary for the protection of Debtors' patients.

Dated this 23rd day of November, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court