**Fill in this information to identify the case:**

Debtor name: Kidney and Hypertension Center, PLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 26-30886

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2026

*X* /s/ Dr. Khaled Rabadi
Signature of individual signing on behalf of debtor

Dr. Khaled Rabadi
Printed name

Owner
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name Kidney and Hypertension Center, PLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known) 26-30886

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | 937,758.00 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | 937,758.00 |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | 10,833,244.01 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | 262,790.98 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | 2,598,914.12 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | 13,694,949.11 |

**Fill in this information to identify the case:**

Debtor name Kidney and Hypertension Center, PLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known) 26-30886

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** $1,300.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Choice Bank | Operating Account | 3794 | $18,160.00 |
| 3.2. | Choice Bank | Checking Account | 5409 | $530.00 |
| 3.3. | First Western State Bank | Checking Account | 5990 | $100.00 |
| 3.4. | PNC Bank | Checking Account | 1273 | $729.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $20,819.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

Debtor Kidney and Hypertension Center, PLC Case number (If known) 26-30886
Name

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. Nodak Electric $6,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** $6,000.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 793,524.00 | - | 491,985.00 | = .... | $301,539.00 |
| 11b. Over 90 days old: | 452,016.00 | - | 434,616.00 | =.... | $17,400.00 |

12. **Total of Part 3.** $318,939.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| Medical Supplies | | $0.00 | Comparable sale | $0.00 |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84. $0.00

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Clinic front desk, waiting room furniture, desks, cabinets, and chairs | $0.00 | Comparable sale | $50,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment - computers & printers | $0.00 | Comparable sale | $20,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $70,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor Kidney and Hypertension Center, PLC Case number *(If known)* 26-30886
Name

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2018 Chevy Suburban (92,000 miles) | $0.00 | Comparable sale | $37,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| ABACUS 5 ANALYZER (no longer operational) | $0.00 | Comparable Sale | $0.00 |
| BTL Industries for aesthetics (EXION) | $0.00 | Comparable sale | $45,000.00 |
| DIM EXL 200 Domestic - Chemistry Analyzer | $0.00 | Comparable sale | $5,000.00 |
| Electro Watchman Security System | $0.00 | Comparable sale | $0.00 |
| Emsella Workstation | $0.00 | Comparable sale | $35,000.00 |
| GE Healthcare Prodigy Pro Full | $0.00 | Comparable sale | $10,000.00 |
| GE LOGIQ E10 R3 Ultrasound System - Reconditioned | $0.00 | Comparable sale | $35,000.00 |
| GE LOGIQ E9 R3 Ultrasound System | $0.00 | Comparable sale | $10,000.00 |
| Hematology analyzer (Sysmex) | $0.00 | Comparable sale | $25,000.00 |
| Magnetom Altea - MRI Machine | $0.00 | Comparable sale | $100,000.00 |
| Mammomat Revelation - Mammography machine | $0.00 | Comparable sale | $50,000.00 |
| McKesson Colposcope | $0.00 | Comparable sale | $0.00 |
| McKesson Leep System | $0.00 | Comparable sale | $0.00 |

| | | | |
|---|---|---|---|
| McKesson Optistar Injector | $0.00 | Comparable sale | $0.00 |
| Multix Impact YMAT - Xray Machine | $0.00 | Comparable sale | $20,000.00 |
| SoftWaveGold 500 Li | $0.00 | Comparable sale | $30,000.00 |
| Software System with 2 Applicators OP155 | $0.00 | Comparable sale | $0.00 |
| SOMATOM GO.ALL – CT Scanner | $0.00 | Comparable sale | $75,000.00 |
| Exion workstation | $0.00 | Comparable sale | $45,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$522,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**
- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| www.grandforksclinic.com<br>www.Grandforksdermatology.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Patient mailing lists | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |

Debtor Kidney and Hypertension Center, PLC Case number *(If known)* 26-30886
Name

65. **Goodwill**

66. **Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| Intercompany loans owed to Debtor - See attached Exhibit A | $0.00 |

78. **Total of Part 11.** $0.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor Kidney and Hypertension Center, PLC
Name

Case number *(If known)* 26-30886

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,819.00 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,000.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $318,939.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $70,000.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $522,000.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........................................................................................**>** | | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* **+** | $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $937,758.00 | **+** 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | $937,758.00 |

EXHIBIT A

**Intercompany Loans Due to and from Debtors**

| **Kidney and Hypertension Center, PLC** | | |
|---|---|---|
| Due to KIND | $320,271.00 | |
| Due to AD | $916,552.00 | |
| Due to TMG | $6,296.00 | |
| Due to KDJ Inv Grp | $0.00 | |
| Due to ND Dialysis | $249,946.00 | |
| Due to KDJ Properties | $0.00 | |
| Due from KIND | | $0.00 |
| Due from AD | | $68,084.00 |
| Due from TMG | | $15,307.00 |
| Due from KDJ Inv Grp | | $152,777.00 |
| Due from ND Dialysis | | $346.00 |
| Due from KDJ Properties | | $0.00 |

| **Aurora Dialysis, LLC** | | |
|---|---|---|
| Due to KIND | $3,069.00 | |
| Due to KHC | $59,618.00 | |
| Due to TMG | $0.00 | |
| Due to KDJ Inv Grp | $0.00 | |
| Due to ND Dialysis | $0.00 | |
| Due to KDJ Properties | $0.00 | |
| Due from KIND | | $4,300.00 |
| Due from KHC | | $831,268.00 |
| Due from TMG | | $0.00 |
| Due from KDJ Inv Grp | | $0.00 |
| Due from ND Dialysis | | $0.00 |
| Due from KDJ Properties | | $0.00 |

| **North Dakota Dialysis, LLC** | | |
|---|---|---|
| Due to KIND | $4,100.00 | |
| Due to AD | $0.00 | |
| Due to KHC | $346.00 | |
| Due to KDJ Inv Grp | $0.00 | |
| Due to TMG | $0.00 | |
| Due to KDJ Properties | $0.00 | |
| Due from KIND | | $0.00 |
| Due from AD | | $0.00 |
| Due from KHC | | $249,946.00 |
| Due from KDJ Inv Grp | | $0.00 |
| Due from TMG | | $0.00 |
| Due from KDJ Properties | | $0.00 |

| **Kidney Institute of North Dakota,LLC** | | |
|---|---|---|
| Due to KHC | $0.00 | |
| Due to AD | $4,300.00 | |
| Due to TMG | $0.00 | |
| Due to KDJ Inv Grp | $0.00 | |
| Due to ND Dialysis | $0.00 | |
| Due to KDJ Properties | $0.00 | |
| Due from KHC | | $320,271.00 |
| Due from AD | | $3,069.00 |
| Due from TMG | | $0.00 |
| Due from KDJ Inv Grp | | $0.00 |
| Due from ND Dialysis | | $4,100.00 |
| Due from KDJ Properties | | |

| **The Medical Group, LLC** | | |
|---|---|---|
| Due to KIND | $0.00 | |
| Due to AD | $0.00 | |
| Due to KHC | $15,307.00 | |
| Due to KDJ Inv Grp | $0.00 | |
| Due to ND Dialysis | $0.00 | |
| Due to KDJ Properties | $0.00 | |
| Due from KIND | | $0.00 |
| Due from AD | | $0.00 |
| Due from KHC | | $6,296.00 |
| Due from KDJ Inv Grp | | $0.00 |
| Due from ND Dialysis | | $0.00 |
| Due from KDJ Properties | | $0.00 |

| **KDJ Properties, LLC** | | |
|---|---|---|
| Due to KIND | $0.00 | |
| Due to AD | $0.00 | |
| Due to KHC | $0.00 | |
| Due to KDJ Inv Grp | $0.00 | |
| Due to TMG | $0.00 | |
| Due to ND Dialysis | $0.00 | |
| Due from KIND | | $0.00 |
| Due from AD | | $0.00 |
| Due from KHC | | $0.00 |
| Due from KDJ Inv Grp | | $0.00 |
| Due from TMG | | $0.00 |
| Due from ND Dialysis | | $0.00 |

**Fill in this information to identify the case:**

Debtor name Kidney and Hypertension Center, PLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known) 26-30886

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** De Lage Landen Financial Services, Inc.
Creditor's Name

PO Box 825736
Philadelphia, PA 19182-5736
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
5/20/2026
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All Assets listed on UCC Financing Statement #26-001683659-2

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $778.49 — Column B: Unknown

**2.2** First Western Bank & Trust
Creditor's Name

855 26th Ave E
West Fargo, ND 58078
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/13/2021 & 12/21/2023
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
All Promissory Notes and Assets listed on UCC Financing Statement #22-001107824-3 and 23-001298584-6 and UCC Financing Statement #23-001262921-4

**Describe the lien**
Promissory Notes/Security Interests

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: $7,242,000.00 — Column B: Unknown

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

2.3 GE Healthcare
Creditor's Name

PO Box 640200
Pittsburgh, PA 15264-0200
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/5/2019 & 7/21/2021
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
GE Healthcare Prodigy Pro Full - UCC Financing Statement #21-000929197-6

$5,355.52 $10,000.00

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 Lake Agassiz Certified Development/SBA
Creditor's Name

417 Main Avenue Fargo
Fargo, ND 58103
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/27/2028
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
UCC Financing Statement #23-001265454-4 and UCC Financing Statement #23-001272728-6

$3,142,271.00 Unknown

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 MMP Capital
Creditor's Name

19 Engineers Lane
Farmingdale, NY 11735
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Exion Workstation with Emface Controller UCC Financing Statement #25-001605910-7

$145,389.00 $45,000.00

**Describe the lien**
Security Interest

Debtor Kidney and Hypertension Center, PLC
Name

Case number (if known) 26-30886

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/22/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 MMP Capital
Creditor's Name

19 Engineers Lane
Farmingdale, NY 11735
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
GE LOGIQ E10 R3 Ultrasound System - Reconditioned UCC Financing Statement #26-001682170-3

$49,808.00 $35,000.00

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 North Mill Credit Trust
Creditor's Name

9 Executive Circle Suite 230
Irvine, CA 92614
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
SoftWaveGold 500 Li, Softwave System with 2 Applicators OP155

$67,047.00 $30,000.00

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/5/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor: Kidney and Hypertension Center, PLC
Name

Case number (if known): 26-30886

**2.8** North Mill Credit Trust
Creditor's Name

9 Executive Circle Suite 230
Irvine, CA 92614
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
12/30/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All Assets listed on UCC Financing Statement #24-001452279-6 - Breast MRI

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$58,568.00 | $20,000.00

**2.9** North Mill Credit Trust
Creditor's Name

9 Executive Circle Suite 230
Irvine, CA 92614
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
12/22/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Emsella Workstation UCC Financing Statement #25-001605900-8

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$122,027.00 | $35,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $10,833,244.01

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| US Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | Line 2.4 | |

Debtor Kidney and Hypertension Center, PLC Case number (if known) 26-30886
Name

US Small Business Administration
657 2nd Ave. N. Room 360
Fargo, ND 58108

Line 2.4

**Fill in this information to identify the case:**

Debtor name Kidney and Hypertension Center, PLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known) 26-30886

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Creditor | Claim | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $183,553.98 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Kelly Carlson<br>3904 Cedar Circle<br>Grand Forks, ND 58201 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $57,805.00 | $57,805.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Employee Compensation | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor Kidney and Hypertension Center, PLC
Name
Case number (if known) 26-30886

2.3 Priority creditor's name and mailing address
Minnesota Department of Revenue
600 N Robert St.
St. Paul, MN 55101

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,432.00 $0.00

Date or dates debt was incurred

Basis for the claim: Business Debt

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.4 Priority creditor's name and mailing address
Office of State Tax Commissioner
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505-0599

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim: Notice Only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.5 Priority creditor's name and mailing address
Vanessa Kes
5935 Sylvia Circle
Grand Forks, ND 58201

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19,000.00 $19,000.00

Date or dates debt was incurred

Basis for the claim: Employee Compensation

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
_Intercompany Loans Owed

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** See Attached Exhibit A

Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
Alliantgroup
3009 Post Oak Blvd Suite 2000
Houston, TX 77056

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27,122.00

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
American Express
PO Box 60189
City of Industry, CA 91716-0189
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $20,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Amerisourcebergen
PO Box 100741
Pasadena, CA 91189-0741
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $33,569.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Anil Potti
PO Box 17206
Chapel Hill, NC 27516-7206
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Bederson Accountants & Advisors
100 Passaic Ave, Suite 310
Fairfield, NJ 07004
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $18,836.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
Bio-Rad Laboratories, Inc.
PO Box 849740
Los Angeles, CA 90084-9740
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,032.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
Blue Cross Blue Shield of ND
PO Box 6005
Fargo, ND 58108-6005
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $45,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
Bruce Hanson
606 40th Ave S
Grand Forks, ND 58201
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>C&R Laundry & Cleaners, Inc.<br>1010 North 5th Street<br>Grand Forks, ND 58201<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $4,276.25 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>County of Grand Forks<br>PO Box 5638<br>Grand Forks, ND 58206-5638<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $365,336.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>DCN, LLC<br>PO Box 2484<br>Fargo, ND 58108-2484<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $5,070.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>DocuShred<br>42424 240th St SW<br>East Grand Forks, MN 56721<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $401.94 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Dr. Khaled Rabadi<br>645 Beacon Circle<br>Grand Forks, ND 58201<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loan<br>Is the claim subject to offset? ■ No ☐ Yes | $106,446.94 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Eide Bailly, LLP<br>PO Box 88678<br>Milwaukee, WI 53288-8678<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $15,403.70 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Electro Watchman<br>One West Water St. Suite 110<br>St. Paul, MN 55107<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $479.40 |

Debtor Kidney and Hypertension Center, PLC Case number (if known) 26-30886
Name

3.17 **Nonpriority creditor's name and mailing address**
EMD Millipore Corporation
25760 Network Place
Chicago, IL 60673-1257
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,807.96
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
EverCommerce Solutions, Inc. ISALUS, LLC
3601 Walnut St. Suite 400
Denver, CO 80205
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $50,955.25
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
FSS Technologies
3858 Bestech Dr., Suite F
Ypsilanti, MI 48197
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,227.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
Full Bore Underground, Inc.
1490 Balsam Rd
Bemidji, MN 56601
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $305.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
Grand Forks Utility Billing
255 N 4th St
Grand Forks, ND 58203
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
Guerbet
Dept 2917
Carol Stream, IL 60132
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,330.10
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
Liberty Business
3431 4th Avenue South
Fargo, ND 58103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,677.52
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor Kidney and Hypertension Center, PLC — Case number (if known) 26-30886
Name

**3.24** **Nonpriority creditor's name and mailing address**
McKesson Medical Surgical
PO Box 933027
Atlanta, GA 31193-3027
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $24,788.38
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
Midcontinent
PO Box 5010
Sioux Falls, SD 57117-5010
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $579.38
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
Midwest Radiology
PO Box 2923
Indianapolis, IN 46206
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $260,545.74
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
Mitel
6500 River Place Blvd Bldg 4 Ste 200
Austin, TX 78730
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,035.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
Nader Rabadi
645 Beacon Circle
Grand Forks, ND 58201
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $25,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
Newman Signs, Inc.
PO Box 1728
Jamestown, ND 58402
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,448.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
Nodak Electric Cooperative
4000 32nd Ave S
Grand Forks, ND 58201
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor Kidney and Hypertension Center, PLC Case number (if known) 26-30886
Name

**3.31** **Nonpriority creditor's name and mailing address**
Northern Plains Laboratory
PO Box 2036
Bismarck, ND 58502-2036
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,084.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** **Nonpriority creditor's name and mailing address**
Numana SEO
26174 E Applewood Pl.
Aurora, CO 80016
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $22,495.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**
Optum
c/o United Healthcare Services, Inc.
PO Box 736187
Chicago, IL 60673-6187
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $431,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**
Pathology Consultants
PO Box 2036
Bismarck, ND 58502-2036
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $612.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**
PIRS Capital
1688 Meridian Ave Ste 700
Miami Beach, FL 33139
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $370,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**
PNC Bank
300 Fifth Ave
Pittsburgh, PA 15222
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $93,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** **Nonpriority creditor's name and mailing address**
Radiation Physics Consultants
2353 Iowa Ave
Superior, WI 54880
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,444.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor Kidney and Hypertension Center, PLC Case number (if known) 26-30886
Name

**3.38** **Nonpriority creditor's name and mailing address**
Ramsoft USA, Inc.
Dept 2275 PO Box 122275
Dallas, TX 75312-2275
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,072.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**
Richard or Roxanne Ray
9099 32nd Ave S
Grand Forks, ND 58201-9115
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**
RingCentral
20 Davis Drive
Belmont, CA 94002
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,897.25
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.41** **Nonpriority creditor's name and mailing address**
Robert Hjeldness and Michael Hjeldness
c/o BDH, Inc. 2036 9th St SE
East Grand Forks, MN 56721
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $184,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**
Safe Harbor
Employee Fiduciary
205 N Conception St.
Mobile, AL 36603
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $62,030.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Notice Only
Is the claim subject to offset? ■ No ☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
Siemens Healthcare Diagnostics
PO Box 121102
Dallas, TX 75312-1102
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,457.99
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
Siemens Medical Solutions USA Inc.
Dept. CH 14195
Palatine, IL 60055-4195
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $48,863.99
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor Kidney and Hypertension Center, PLC Case number (if known) 26-30886
Name

3.45 **Nonpriority creditor's name and mailing address**
TF Group, Inc. d/b/a Taycor Financial
100 N PCH, 15th Floor
El Segundo, CA 90245
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $250,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
The Hanover Insurance Company
PO Box 580045
Charlotte, NC 28258-0045
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,351.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.47 **Nonpriority creditor's name and mailing address**
Travelers CL & Specialty Remittance Cent
PO Box 660317
Dallas, TX 75266-0317
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,441.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.48 **Nonpriority creditor's name and mailing address**
Twilight Commercial Cleaning LLC
PO Box 10945
Fargo, ND 58106
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,580.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
USAble Life
PO Box 204678
Dallas, TX 75320-4678
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $300.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

3.50 **Nonpriority creditor's name and mailing address**
Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9477
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $108.98
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Debt
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Guerbet<br>214 Carnegie Center, Suite 300<br>Princeton, NJ 08540 | Line 3.22<br>☐ Not listed. Explain ____ | _ |

Debtor Kidney and Hypertension Center, PLC Case number (if known) 26-30886
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 262,790.98 |
| **5b. Total claims from Part 2** | 5b. | + | $ 2,598,914.12 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 2,861,705.10 |

**Fill in this information to identify the case:**

Debtor name: Kidney and Hypertension Center, PLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 26-30886

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Insurance coverage - General liability; Property; Commercial; & Equipment | Bell Insurance/Hanover Insurance Group<br>PO Box 1470<br>Fargo, ND 58107 |
| | State the term remaining | 2/15/2026-2/15/2027 | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Medical Insurance Services | Blue Cross Blue Shield of ND<br>PO Box 6005<br>Fargo, ND 58108-6005 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Electronic patient records - cloud-based software and billing services | iSalus Healthcare<br>111 N Magnolia Ave<br>Orlando, FL 32801 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement with landlord | KDJ Investment Group<br>5750 S Washington Street<br>Grand Forks, ND 58201 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |

Debtor 1 Kidney and Hypertension Center, PLC (First Name / Middle Name / Last Name) Case number (*if known*) 26-30886

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | Service agreement for printers | Lenovo Financial Services<br>21146 Network Place<br>Chicago, IL 60673-1211 |
| State the term remaining | Ongoing | |
| List the contract number of any government contract | | |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | Property Insurance/Renters Insurance | Marsh McLennan Agency LLC<br>2701 S Columbia Rd<br>Grand Forks, ND 58201-6029 |
| State the term remaining | Ongoing | |
| List the contract number of any government contract | | |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | Medical/Malpractice Insurance | Medical Protective Company<br>23289 Network Place<br>Chicago, IL 60673-1232 |
| State the term remaining | Ongoing | |
| List the contract number of any government contract | | |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest | Services Contract - imaging/MRI machines | Midwest Radiology<br>PO Box 2923<br>Indianapolis, IN 46206 |
| State the term remaining | Ongoing | |
| List the contract number of any government contract | | |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest | Lease agreement with landlord | Property Resources Group<br>4609 33rd Ave S, Suite 400<br>Fargo, ND 58104 |
| State the term remaining | Ongoing | |
| List the contract number of any government contract | | |

Debtor 1 Kidney and Hypertension Center, PLC — Case number (*if known*) 26-30886

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Services agreement for imaging (x-rays & MRIs) | Ramsoft USA, Inc.<br>Dept 2275 PO Box 122275<br>Dallas, TX 75312-2275 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Insurance ERISA Bond | Travelers ERISA<br>PO Box 660317<br>Dallas, TX 75266-0317 |
| | State the term remaining | Ongoing | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: Kidney and Hypertension Center, PLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 26-30886

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name: Kidney and Hypertension Center, PLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 26-30886

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 1/01/2026 to Filing Date | ■ Operating a business<br>☐ Other | $3,817,474.79 |
| For prior year: From 1/01/2025 to 12/31/2025 | ■ Operating a business<br>☐ Other | $5,107,939.93 |
| For year before that: From 1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other | $4,303,377.71 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Allergan<br>5 Giralada Farms<br>Madison, NJ 07940 | 8/4/2026<br>8/20/2026<br>9/15/2026<br>9/24/2026<br>9/28/2026<br>9/30/2026 | $18,976.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.2. | Blue Cross Blue Shield of ND<br>PO Box 6005<br>Fargo, ND 58108-6005 | 8/3/2026<br>9/4/2026<br>10/5/2026 | $12,475.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. | Eide Bailly, LLP<br>PO Box 88678<br>Milwaukee, WI 53288-8678 | 7/27/2026<br>7/27/2026<br>8/20/2026<br>8/27/2026<br>10/12/2026 | $33,947.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.4. | Automated Financial Services<br>PO Box 14346<br>Grand Forks, ND 58206-4346 | 8/3/2026<br>9/25/2026<br>10/5/2026 | $22,510.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.5. | ISALUS (Evercommerce Solutions, Inc.)<br>3601 Walnut Street Suite 400<br>Denver, CO 80205 | 7/27/2026<br>7/29/2026<br>8/31/2026<br>8/31/2026<br>9/30/2026<br>9/29/2026 | $88,913.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.6. | McKesson Medical Surgical<br>PO Box 933027<br>Atlanta, GA 31193-3027 | 8/17/2026<br>8/24/2026<br>9/21/2026<br>10/16/2026 | $17,999.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.7. | Midwest Radiology<br>PO Box 2923<br>Indianapolis, IN 46206 | 7/30/2026<br>7/28/2026<br>8/27/2026<br>8/28/2026<br>10/1/2026 | $80,956.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.8. | MMP Capital<br>19 Engineers Lane<br>Farmingdale, NY 11735 | 8/3/2026<br>9/1/2026<br>10/1/2026 | $12,088.41 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | NMEF (TF Group/North Mill)<br>100 N PCH 15th Floor<br>El Segundo, CA 90245 | 8/17/2026<br>10/15/2026<br>9/15/2026 | $10,199.85 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10. | Nodak Electric Cooperative<br>4000 32md Avenue South<br>Grand Forks, ND 58201 | 8/7/2026<br>9/11/2026 | $9,056.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.11. | Noon Aesthetics<br>2691 Richter Ave Suite 126<br>Irvine, CA 92606 | 7/22/2026<br>9/9/2026<br>10/16/2026 | $9,660.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. | Numana SEO<br>26174 E Applewood Place<br>Aurora, CO 80016 | 8/11/2026<br>9/28/2026 | $22,572.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.13. | PIRS Capital<br>1688 Meridian Ave Ste 700<br>Miami Beach, FL 33139 | Within the last 90 days | $71,620.90 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. | Property Resources Group<br>4265 45th Street Suite 200<br>Fargo, ND 58104 | 7/17/2026<br>8/7/2026<br>10/7/2026<br>9/10/2026 | $22,688.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.15. | RingCentral<br>20 Davis Drive<br>Belmont, CA 94002 | 7/16/2026<br>8/12/2026<br>10/14/2026 | $11,576.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.16. | Siemens Healthcare Diagnostics<br>PO Box 121102<br>Dallas, TX 75312-1102 | 7/16/2026<br>7/30/2026<br>8/20/2026<br>8/27/2026<br>8/28/2026<br>9/29/2026 | $39,672.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.17. | Siemens Medical Solutions USA Inc.<br>Dept. CH 14195<br>Palatine, IL 60055-4195 | 7/16/2026<br>7/16/2026<br>7/27/2026<br>7/30/2026<br>8/20/2026<br>8/27/2026<br>8/27/2026<br>8/31/2026<br>9/30/2026<br>9/30/2026 | $94,049.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.18. | Twilight Commercial Cleaning LLC<br>PO Box 10945<br>Fargo, ND 58106 | 7/31/2026<br>9/29/2026<br>9/4/2026 | $13,460.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Dr. Khaled Rabadi<br>645 Beacon Circle<br>Grand Forks, ND 58201<br>Owner/President | Various - within the last year | $24,236.96 | Office expenses/reimbursements |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor’s direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | First Western Bank & Trust<br>18-2026-CV-00108 | Contract | Grand Forks County District Court<br>124 S 4th Street<br>Grand Forks, ND 58201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Stephanie Dahl<br>517 Arrowwood Drive<br>Horace, ND 58047 | Christmas bonus for Independent contractor | 12/24/2025 | $1,000.00 |
| | **Recipients relationship to debtor** | | | |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Fredrikson & Byron P.A.<br>60 S 6th Street Suite 1500<br>Minneapolis, MN 55402 | | See application to employ | $30,000.00 |
| | **Email or website address**<br>www.fredlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Bederson Accountants & Advisors<br>100 Passaic Avenue Suite 310<br>Fairfield, NJ 07004 | | 10/20/2025 | $20,000.00 |
| | **Email or website address**<br>www.bederson.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | Lighthouse Management Group<br>121 South 8th Street Suite 950<br>Minneapolis, MN 55402 | | 11/12/2025 &<br>12/24/2025 | $28,461.00 |
| | **Email or website address**<br>www.lighthousemanagement.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- | --- |
| 15.1. | Kidney and Hypertension Center, PLC<br>d/b/a Grand Forks Clinic<br>5750 S Washington Street<br>Grand Forks, ND 58201 | Outpatient Medical Facility | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | Patient records stored in Isalus - Electronic Medical Records System | *Check all that apply:*<br>■ Electronically<br>☐ Paper |

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Information collected necessary to process medical insurance claims.
Information stored in Isalus (EMR).

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| The Kidney and Hypertension Center Plan | EIN: 07C38466 |

Has the plan been terminated?
■ No
☐ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Five Star Storage<br>3000 S 38th Street<br>Grand Forks, ND 58201 | Cindy Rath | Old office furniture, exam beds, payroll records, etc. | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Haga Kommer<br>5195 45th Street S<br>Fargo, ND 58104 | 12/31/2022 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Bederson Accountants & Advisors<br>100 Passaic Avenue Suite 310<br>Fairfield, NJ 07004 | May 2025 - December 2025 |
| 26b.2. | Lighthouse Management Group<br>121 South 8th Street Suite 950<br>Minneapolis, MN 55402 | November 2025 - December 2025 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Cindy Rath<br>5750 S Washington Street<br>Grand Forks, ND 58201 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | 1st International Bank and Trust<br>3001 25th Street S<br>Fargo, ND 58103 |
| 26d.2. | Bell Bank<br>Bell Tower 520 Main Avenue<br>Fargo, ND 58103 |
| 26d.3. | BMO<br>6455 S Yosemite St., Ste. 900<br>Englewood, CO 80111 |
| 26d.4. | Dakota Business Lending<br>5630 36th Ave S<br>Fargo, ND 58104 |
| 26d.5. | Dakota Community Bank<br>14 3rd Ave West<br>Dickinson, ND 58601 |
| 26d.6. | Forward Financing<br>53 State St 20th Floor<br>Boston, MA 02109 |
| 26d.7. | Gate City<br>3205 South Washington Street<br>Grand Forks, ND 58201 |
| 26d.8. | Health Capital Consultants<br>1807 Park 270 Drive, Suite 110<br>Saint Louis, MO 63146 |
| 26d.9. | Koda Bank<br>3975 S Columbia Rd<br>Grand Forks, ND 58201 |
| 26d.10. | Panacea Financial<br>3604 Kavanaugh Blvd<br>Little Rock, AR 72205 |
| 26d.11. | Siena Lending Group<br>9 West Broad Street<br>Stamford, CT 06902 |
| 26d.12. | SLR Healthcare<br>500 La Terraza Blvd, Suite 150<br>Escondido, CA 92026 |
| 26d.13. | S.T.A. Financial<br>432 Mill Street<br>Long Lake, MN 55356 |

| | Name and address |
|---|---|
| 26d.14. | US Bank<br>600 DeMers Avenue<br>Grand Forks, ND 58201-4599 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Khaled Rabadi | 645 Beacon Circle<br>Grand Forks, ND 58201 | Owner/President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Dr. Khaled Rabadi<br>645 Beacon Circle<br>Grand Forks, ND 58201 | $232,391 | Within the last year | Member Draw |
| | **Relationship to debtor**<br>Owner/President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor Kidney and Hypertension Center, PLC Case number *(if known)* 26-30886

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2026

/s/ Dr. Khaled Rabadi
Signature of individual signing on behalf of the debtor

Dr. Khaled Rabadi
Printed name

Position or relationship to debtor Owner

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of North Dakota

In re Kidney and Hypertension Center, PLC — Debtor(s)

Case No. 26-30886
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | See Fredrikson & Byron's App to Employ |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2. $ 1,738 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [List other services that counsel has agreed to provide]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/23/2026
*Date*

/e/ Steven R. Kinsella
Steven R. Kinsella 09514
*Signature of Attorney*
Fredrikson & Byron, P.A.
60 South 6th Street, Suite 1500
Minneapolis, MN 55402
612.492.7000 Fax: 612.492.7077
skinsella@fredlaw.com
*Name of law firm*

# United States Bankruptcy Court
## District of North Dakota

In re Kidney and Hypertension Center, PLC — Debtor(s)

Case No. 26-30886
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date November 23, 2026

Signature /s/ Dr. Khaled Rabadi
Dr. Khaled Rabadi

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.