EXHIBIT A

# Aging Analysis Summary

| Claim Primary Financial Class | Aging Type | 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | 121-150 Days | 151-180 Days | 181-365 Days | 365+ Days | Totals | % Over 120 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| * Unassigned | | $910.00 | $200.00 | $0.00 | $246.00 | $0.00 | $0.00 | $351.00 | $7,543.50 | $9,250.50 | 85.3% |
| | Patient | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,396.50 | $5,396.50 | 100.0% |
| | Unsubmitted | $910.00 | $200.00 | $0.00 | $246.00 | $0.00 | $0.00 | $351.00 | $2,147.00 | $3,854.00 | 64.8% |
| Aetna | | $7,063.03 | $1,140.95 | $577.68 | $718.18 | $675.48 | $825.13 | $3,052.06 | $3,740.67 | $17,793.18 | 46.6% |
| | Insurance | $5,766.19 | $377.92 | $228.50 | $0.00 | $0.00 | $0.00 | $485.64 | $0.00 | $6,858.25 | 7.1% |
| | Patient | $1,296.84 | $763.03 | $349.18 | $718.18 | $675.48 | $548.32 | $2,566.42 | $3,740.67 | $10,658.12 | 70.7% |
| | Unsubmitted | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $276.81 | $0.00 | $0.00 | $276.81 | 100.0% |
| Blue Cross/Blue Shield | | $194,113.45 | $38,568.34 | $15,202.68 | $11,694.38 | $9,154.13 | $8,005.40 | $44,219.06 | $130,971.01 | $451,928.45 | 42.6% |
| | Insurance | $142,957.85 | $20,405.50 | $7,599.25 | $3,411.05 | $861.03 | $991.00 | $9,341.87 | $0.00 | $185,567.55 | 6.0% |
| | Patient | $25,850.93 | $15,628.54 | $7,177.43 | $7,113.33 | $7,492.10 | $6,915.40 | $30,672.19 | $120,146.01 | $220,995.93 | 74.8% |
| | Unsubmitted | $25,304.67 | $2,534.30 | $426.00 | $1,170.00 | $801.00 | $99.00 | $4,205.00 | $10,825.00 | $45,364.97 | 35.1% |
| ChampVA | | $123.67 | $0.00 | $0.00 | $0.00 | $318.00 | $432.00 | $40.24 | $1,467.66 | $2,381.57 | 94.8% |
| | Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $318.00 | $432.00 | $0.00 | $426.00 | $1,176.00 | 100.0% |
| | Patient | $123.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.24 | $443.16 | $607.07 | 79.6% |
| | Unsubmitted | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $598.50 | $598.50 | 100.0% |
| Cigna | | $3,011.79 | $1,578.71 | $2,488.51 | $883.36 | $1,367.80 | $269.38 | $3,507.00 | $1,600.36 | $14,706.91 | 45.9% |
| | Insurance | $2,420.00 | $816.00 | $2,410.94 | $492.31 | $800.00 | $0.00 | $0.00 | $0.00 | $6,939.25 | 11.5% |
| | Patient | $591.79 | $762.71 | $77.57 | $391.05 | $567.80 | $269.38 | $3,507.00 | $1,600.36 | $7,767.66 | 76.5% |
| Commercial | | $3,463.47 | $212.00 | $1,556.23 | $0.00 | $0.00 | $0.00 | $0.00 | $3,528.49 | $8,760.19 | 40.3% |
| | Insurance | $2,821.00 | $212.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $418.00 | $4,551.00 | 9.2% |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Patient | $142.47 | $0.00 | $456.23 | $0.00 | $0.00 | $0.00 | $0.00 | $3,110.49 | $3,709.19 | 83.9% |
| | Unsubmitted | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | 0.0% |
| **HealthPartners** | | **$5,625.79** | **$1,193.02** | **$154.90** | **$130.00** | **$447.66** | **$12.15** | **$493.58** | **$1,743.17** | **$9,800.27** | **27.5%** |
| | Insurance | $3,117.00 | $318.00 | $30.00 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,565.00 | 0.0% |
| | Patient | $331.79 | $875.02 | $124.90 | $30.00 | $447.66 | $12.15 | $493.58 | $1,574.17 | $3,889.27 | 65.0% |
| | Unsubmitted | $2,177.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $169.00 | $2,346.00 | 7.2% |
| **Humana** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$67.26** | **$6,701.09** | **$6,768.35** | **100.0%** |
| | Patient | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $67.26 | $6,701.09 | $6,768.35 | 100.0% |
| **Medica** | | **$39,303.89** | **$4,888.08** | **$3,313.49** | **$2,365.58** | **$789.27** | **$876.65** | **$2,824.80** | **$16,392.33** | **$70,754.09** | **29.5%** |
| | Insurance | $27,206.27 | $2,838.00 | $1,638.69 | $175.37 | $295.00 | $240.00 | $216.74 | $0.00 | $32,610.07 | 2.3% |
| | Patient | $3,628.62 | $2,050.08 | $1,674.80 | $2,190.21 | $494.27 | $636.65 | $2,194.06 | $15,143.33 | $28,012.02 | 65.9% |
| | Unsubmitted | $8,469.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $414.00 | $1,249.00 | $10,132.00 | 16.4% |
| **Medicaid** | | **$5,969.32** | **$1,301.00** | **$3,889.00** | **$1,651.00** | **$0.00** | **$0.00** | **$1,681.63** | **$10,277.80** | **$24,769.75** | **48.3%** |
| | Insurance | $3,698.16 | $800.00 | $3,889.00 | $1,651.00 | $0.00 | $0.00 | $1,042.00 | $0.00 | $11,080.16 | 9.4% |
| | Patient | $1,274.16 | $501.00 | $0.00 | $0.00 | $0.00 | $0.00 | $639.63 | $10,247.80 | $12,662.59 | 86.0% |
| | Unsubmitted | $997.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30.00 | $1,027.00 | 2.9% |
| **Medicare** | | **$268,273.65** | **$9,473.55** | **$9,545.31** | **$2,804.57** | **$1,481.09** | **$422.47** | **$10,709.32** | **$23,794.48** | **$326,504.44** | **11.2%** |
| | Insurance | $235,294.82 | $7,985.24 | $7,290.73 | $2,180.63 | $1,164.25 | $118.71 | $3,604.72 | $133.71 | $257,772.81 | 1.9% |
| | Patient | $4,195.83 | $1,488.31 | $454.58 | $576.94 | $217.84 | $153.76 | $5,661.60 | $20,072.27 | $32,821.13 | 79.5% |
| | Unsubmitted | $28,783.00 | $0.00 | $1,800.00 | $47.00 | $99.00 | $150.00 | $1,443.00 | $3,588.50 | $35,910.50 | 14.7% |
| **Sanford Health** | | **$65,798.24** | **$13,343.36** | **$12,349.48** | **$5,479.54** | **$6,916.01** | **$1,257.32** | **$10,448.10** | **$21,096.64** | **$136,688.69** | **29.1%** |
| | Insurance | $54,958.23 | $11,717.07 | $10,023.16 | $4,047.36 | $1,206.49 | $100.00 | $2,818.43 | $60.00 | $84,930.74 | 4.9% |
| | Patient | $5,639.01 | $1,626.29 | $2,326.32 | $1,432.18 | $3,009.52 | $1,157.32 | $5,854.67 | $18,405.64 | $39,450.95 | 72.1% |
| | Unsubmitted | $5,201.00 | $0.00 | $0.00 | $0.00 | $2,700.00 | $0.00 | $1,775.00 | $2,631.00 | $12,307.00 | 57.7% |
| **Self Pay** | | **$7,698.06** | **$2,054.00** | **$1,714.00** | **$3,306.71** | **$4,634.00** | **$1,189.00** | **$10,107.45** | **$26,303.58** | **$57,006.80** | **74.1%** |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Patient | $5,266.06 | $1,544.00 | $0.00 | $0.00 | $0.00 | $0.00 | $381.00 | $19,489.28 | $26,680.34 | 74.5% |
| | Unsubmitted | $2,432.00 | $510.00 | $1,714.00 | $3,306.71 | $4,634.00 | $1,189.00 | $9,726.45 | $6,814.30 | $30,326.46 | 73.7% |
| **Tricare** | | **$8,215.00** | **$1,927.20** | **$145.34** | **$267.04** | **$298.04** | **$1,223.00** | **$1,923.97** | **$1,586.21** | **$15,585.80** | **32.3%** |
| | Insurance | $5,919.00 | $1,870.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,789.20 | 0.0% |
| | Patient | $600.00 | $57.00 | $145.34 | $118.04 | $298.04 | $1,223.00 | $1,923.97 | $1,586.21 | $5,951.60 | 84.5% |
| | Unsubmitted | $1,696.00 | $0.00 | $0.00 | $149.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,845.00 | 0.0% |
| **Ucare** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,811.75** | **$1,811.75** | **100.0%** |
| | Patient | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,811.75 | $1,811.75 | 100.0% |
| **United Health** | | **$40,961.29** | **$10,616.32** | **$3,838.71** | **$3,464.70** | **$2,309.26** | **$1,981.73** | **$5,196.98** | **$17,093.31** | **$85,462.30** | **31.1%** |
| | Insurance | $33,922.73 | $5,420.27 | $957.74 | $2,245.45 | $463.83 | $216.00 | $1,176.05 | $0.00 | $44,402.07 | 4.2% |
| | Patient | $4,332.56 | $4,256.05 | $2,666.97 | $721.25 | $1,405.43 | $1,765.73 | $3,521.93 | $15,408.32 | $34,078.24 | 64.9% |
| | Unsubmitted | $2,706.00 | $940.00 | $214.00 | $498.00 | $440.00 | $0.00 | $499.00 | $1,684.99 | $6,981.99 | 37.6% |
| **Workers Compensation** | | **$923.00** | **$0.00** | **$800.00** | **$0.00** | **$321.00** | **$0.00** | **$1,247.94** | **$2,275.93** | **$5,567.87** | **69.1%** |
| | Insurance | $605.00 | $0.00 | $800.00 | $0.00 | $321.00 | $0.00 | $1,051.95 | $0.00 | $2,777.95 | 49.4% |
| | Patient | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195.99 | $2,275.93 | $2,471.92 | 100.0% |
| | Unsubmitted | $318.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $318.00 | 0.0% |
| **Grand Total** | | **$651,453.65** | **$86,496.53** | **$55,575.33** | **$33,011.06** | **$28,711.74** | **$16,494.23** | **$95,870.39** | **$277,927.98** | **$1,245,540.91** | **33.6%** |

over 90 = 452,016

over 365 ∅ collectable

452,016
− 277,927

174,089 → 10% collectable

↓ 17,400

Less than 90 793,524

38% collectable

↓ 301,539

EXHIBIT B

12:49 PM

11/19/26

# Grand Forks Clinic

## A/P Aging Summary

### As of October 31, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Airgas** | 476.49 | 0.00 | 0.00 | 0.00 | 0.00 | 476.49 |
| **C&R Cleaners** | 786.50 | 0.00 | 0.00 | 0.00 | 0.00 | 786.50 |
| **Cole Papers** | 123.09 | 0.00 | 0.00 | 0.00 | 0.00 | 123.09 |
| **Dakminn Technologies** | 232.50 | 0.00 | 0.00 | 0.00 | 0.00 | 232.50 |
| **DocuShred, Inc.** | 84.97 | 0.00 | 0.00 | 0.00 | 0.00 | 84.97 |
| **Guerbet (ACH only)** | 1,475.85 | 0.00 | 0.00 | 0.00 | 0.00 | 1,475.85 |
| **Hanover Insurance** | 4,886.56 | 0.00 | 0.00 | 0.00 | 0.00 | 4,886.56 |
| **Independent Medical Consultants** | 752.00 | 0.00 | 0.00 | 0.00 | 0.00 | 752.00 |
| **ISALUS** | 24,614.07 | 0.00 | 0.00 | 0.00 | 0.00 | 24,614.07 |
| **Lenovo Financial Services** | 345.46 | 0.00 | 0.00 | 0.00 | 0.00 | 345.46 |
| **Liberty Business** | 179.05 | 0.00 | 0.00 | 0.00 | 0.00 | 179.05 |
| **Medical Protective** | 4,732.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,732.00 |
| **Nodak Electric Cooperative** | 8,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,200.00 |
| **Pathology Consultants** | 306.00 | 0.00 | 0.00 | 0.00 | 0.00 | 306.00 |
| **Premium Waters** | 38.25 | 0.00 | 0.00 | 0.00 | 0.00 | 38.25 |
| **RingCentral** | 2,907.27 | 0.00 | 0.00 | 0.00 | 0.00 | 2,907.27 |
| **Siemens Medical Solutions (SVC CNT...** | 13,175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,175.00 |
| **Twilight Commercial Cleaning LLC** | 4,790.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,790.00 |
| **Xcel Energy** | 1,824.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,824.00 |
| **TOTAL** | **69,929.06** | **0.00** | **0.00** | **0.00** | **0.00** | **69,929.06** |

8:19 AM
11/20/26
Cash Basis

# Grand Forks Clinic
# Balance Sheet
## As of October 31, 2026

EXHIBIT C

| | | | Oct 31, 26 |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| **PNC #1273** | | | 728.75 |
| **KHC FWBT #5990** | | | 99.76 |
| **1030 · CHOICE FINANCIAL** | | | 48,702.03 |
| **1202 · Petty cash Clinic** | | | 1,300.00 |
| **Total Checking/Savings** | | | 50,830.54 |
| **Other Current Assets** | | | |
| **Due from ND Dialysis** | | | 346.02 |
| **Due from Washington Properties** | | | 40,433.75 |
| **Due from The Medical Group** | | | 19,790.39 |
| **Due from KDJ Investment Group** | | | 152,776.94 |
| **2350 · Due from AD** | | | |
| **Discovery Benefits** | | 32,579.39 | |
| **Rent** | | 10,853.00 | |
| **2353 · Other** | | 22,588.42 | |
| **2351 · Shared Expenses** | | 437.80 | |
| **2352 · Payroll** | | 1,695.36 | |
| **Total 2350 · Due from AD** | | | 68,153.97 |
| **Total Other Current Assets** | | | 281,501.07 |
| **Total Current Assets** | | | 332,331.61 |
| **Fixed Assets** | | | |
| **Accum Depreciation** | | | -1,973,913.33 |
| **Automobile** | | | |
| **Accum Depreciation** | | -51,220.00 | |
| **Automobile - Other** | | 63,979.20 | |
| **Total Automobile** | | | 12,759.20 |
| **Computer Equipment** | | | |
| **Accum Depreciation** | | -12,228.74 | |
| **Computer Equipment - Other** | | 12,228.00 | |
| **Total Computer Equipment** | | | -0.74 |
| **1500 · Furntiure & Equipment** | | | |
| **1598 · Furniture and Equipment-Orig Co** | | 30,990.29 | |
| **1599 · Accum Depr** | | -153,212.00 | |
| **1500 · Furntiure & Equipment - Other** | | 201,857.78 | |
| **Total 1500 · Furntiure & Equipment** | | | 79,636.07 |
| **1600 · Medical Equipment** | | | |
| **1660 · Lab Equipment** | | | |
| **Accum Depreciation** | -112,336.00 | | |
| **1660 · Lab Equipment - Other** | 114,307.05 | | |
| **Total 1660 · Lab Equipment** | | 1,971.05 | |
| **1650 · Imaging Equipment** | | | |
| **Breast MRI** | 81,964.00 | | |
| **Accum Depreciation** | -1,942,907.00 | | |
| **1650 · Imaging Equipment - Other** | 1,941,095.75 | | |
| **Total 1650 · Imaging Equipment** | | 80,152.75 | |
| **1698 · Medical Equipment-Original Cost** | | 295,620.00 | |
| **1699 · Accum Depr-Medical Equip** | | 1,748,896.74 | |
| **1600 · Medical Equipment - Other** | | 227,552.62 | |
| **Total 1600 · Medical Equipment** | | | 2,354,193.16 |
| **1700 · Organizational Costs** | | | |

8:19 AM
11/20/26
Cash Basis

# Grand Forks Clinic
# Balance Sheet
## As of October 31, 2026

EXHIBIT D

| | | | | Oct 31, 26 |
|---|---|---|---|---|
| 1798 · Organizational Costs-Orig Cost | | | 7,916.00 | |
| 1799 · Accum Amortization | | | -24,349.00 | |
| Total 1700 · Organizational Costs | | | | -16,433.00 |
| Total Fixed Assets | | | | 456,241.36 |
| Other Assets | | | | |
| ND Sales Tax Refund Receivable | | | | 3,146.34 |
| Inventory | | | | 18,868.15 |
| Total Other Assets | | | | 22,014.49 |
| **TOTAL ASSETS** | | | | **810,587.46** |
| LIABILITIES & EQUITY | | | | |
| Liabilities | | | | |
| Current Liabilities | | | | |
| Accounts Payable | | | | |
| 2000 · Accounts Payable | | | | -296,825.28 |
| Total Accounts Payable | | | | -296,825.28 |
| Credit Cards | | | | |
| American Express #1001 | | | | 13,617.33 |
| American Express #1003 | | | | 13,691.10 |
| Total Credit Cards | | | | 27,308.43 |
| Other Current Liabilities | | | | |
| PIRS Capital, LLC | | | | 260,560.45 |
| Note Payable - Eide Bailly | | | | 18,200.34 |
| Note Payable - Isalus | | | | 44,088.78 |
| Note Payable - Numana | | | | 949.50 |
| Note Payable - Midwest Rad | | | | 13,102.18 |
| PNC LOC #3800 | | | | 89,354.04 |
| 2360 · Due to The Medical Group, LLC | | | | 6,296.13 |
| 2009 · Tips | | | | 90.00 |
| 2150 · Sales Tax Payable | | | | 2,075.56 |
| 2012 · Gift cards | | | | -169.46 |
| 2100 · Payroll Liabilities | | | | 3,549.31 |
| 2120 · Payroll Tax Liabilities | | | | |
| 2025 · Flex Benefits Payable | | | 6,549.06 | |
| 2110 · 401K Payable | | | 258.33 | |
| 2125 · 940 Taxes Payable | | | 105.35 | |
| 2130 · 941 Taxes Payable | | | | |
| 2130a · Fed Withholding | | 130,572.85 | | |
| 2130b · FICA | | 206,392.72 | | |
| 2130 · 941 Taxes Payable - Other | | -374.56 | | |
| Total 2130 · 941 Taxes Payable | | | 336,591.01 | |
| 2135 · ND Unemployment Payable | | | 264.10 | |
| 2140 · ND & MN Withholding Paya... | | | 6,695.00 | |
| 2141 · health insurance | | | -59,207.71 | |
| 2142 · AFLAC | | | -827.34 | |
| 2143 · UNUM | | | -18,865.78 | |
| 2144 · USAble | | | -22.20 | |
| Total 2120 · Payroll Tax Liabilities | | | | 271,539.82 |
| 2201 · Due to Aurora Dialysis 401k | | | | 583,774.28 |
| 2223 · Due To Kidney Institute of ND | | | | 320,271.09 |
| 2224 · Due to Aurora Dialysis | | | | 326,819.76 |
| Total Other Current Liabilities | | | | 1,940,501.78 |
| Total Current Liabilities | | | | 1,670,984.93 |
| Long Term Liabilities | | | | |

EXHIBIT D

8:19 AM
11/20/26
Cash Basis

# Grand Forks Clinic
## Balance Sheet
### As of October 31, 2026

| | | | | Oct 31, 26 |
|---|---|---|---|---|
| Optum - TFAP | | | | 430,817.21 |
| Note Payable (2) - Midwest Rad | | | | 236,050.25 |
| MMP Capital - US | | | | 49,808.68 |
| NMEF (Emsella) | | | | 122,027.90 |
| BTL Ind (MMP Capital) Exion | | | | 145,389.10 |
| NMEF (Softwave) | | | | 67,047.16 |
| ND Dialysis Loan | | | | 249,946.09 |
| Private Loans | | | | 195,321.50 |
| FWBT Interest Loan #6599 | | | | 447,031.60 |
| FWBT Imaging Equip #4359 | | | | 720,762.34 |
| NMEF (Breast MRI) | | | | 58,568.08 |
| FWBT #4364 (Debt Restructure) | | | | 1,170,188.04 |
| SBA 504 Equipment #6762 | | | | 539,619.00 |
| GE - Prodigy - DEXA | | | | -937.90 |
| FWBT LOC #9021 | | | | 996,882.00 |
| 2202 · Due to Nader Rabadi | | | | 25,000.00 |
| Total Long Term Liabilities | | | | 5,453,521.05 |
| Total Liabilities | | | | 7,124,505.98 |
| Equity | | | | |
| 3110 · Owner's Contribution | | | | 1,548,090.69 |
| 3000 · Opening Bal Equity | | | | -583,610.82 |
| 30700 · Members Draw | | | | -892,181.00 |
| 3100 · Retained Earnings | | | | -3,224,269.99 |
| 3130 · Owner's Capital | | | | |
| 3135 · Investments | | | 339,769.31 | |
| 3140 · Draws | | | | |
| 3145 · Taxes | | -156,915.68 | | |
| 401(k) | | 25,698.52 | | |
| Health Ins | | -138,222.98 | | |
| Life and DI | | -8,676.88 | | |
| 3141 · Draws- college fund | | 172,016.00 | | |
| 3140 · Draws - Other | | -47,265.62 | | |
| Total 3140 · Draws | | | -153,366.64 | |
| 3130 · Owner's Capital - Other | | | -2,773,775.97 | |
| Total 3130 · Owner's Capital | | | | -2,587,373.30 |
| Net Income | | | | -574,090.70 |
| Total Equity | | | | -6,313,435.12 |
| **TOTAL LIABILITIES & EQUITY** | | | | **811,070.86** |

7:39 AM
11/20/26
Cash Basis

# Grand Forks Clinic
## Profit & Loss
### October 17 - 31, 2026

EXHIBIT E

| | | | | |
|---|---|---|---|---|
| | Oct 17 - 31, 26 | | | |
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| **4000 · Fees** | | | | |
| **4010 · Patient Fees** | | | | |
| **4075 · Executive Health Program** | | 4,900.00 | | |
| **4020 · Aesthetics** | | | | |
| **4116 · BTL Serivces** | 2,775.00 | | | |
| **4115 · Gift Cards** | 100.00 | | | |
| **4060 · Allergan Phys Reimb** | 190.00 | | | |
| **4040 · Jessi Hagen** | 1,915.93 | | | |
| **4030 · Kelly Carlson** | 3,608.00 | | | |
| **Total 4020 · Aesthetics** | | 8,588.93 | | |
| **4010 · Patient Fees - Other** | | 186,371.42 | | |
| **Total 4010 · Patient Fees** | | | 199,860.35 | |
| **Total 4000 · Fees** | | | | 199,860.35 |
| **47900 · Sales** | | | | 1,370.20 |
| **Total Income** | | | | 201,230.55 |
| **Gross Profit** | | | | 201,230.55 |
| **Expense** | | | | |
| **5750 · Building Expenses - 5750** | | | | |
| **Maintenance** | | | 589.92 | |
| **Total 5750 · Building Expenses - 5750** | | | | 589.92 |
| **5000 · Employee Expenses** | | | | |
| **Employee Recruitment** | | | 524.02 | |
| **5100 · Payroll Wages** | | | 97,323.82 | |
| **5110 · Mileage Reimbursement** | | | 232.00 | |
| **5200 · Payroll Taxes** | | | | |
| **5201 · FICA Expense** | | 6,836.29 | | |
| **5202 · FUTA Expense** | | 19.69 | | |
| **5203 · ND Unemployment** | | 26.29 | | |
| **Total 5200 · Payroll Taxes** | | | 6,882.27 | |
| **5300 · Health Insurance** | | | 11,581.13 | |
| **5400 · 401k Match** | | | 2,111.30 | |
| **Total 5000 · Employee Expenses** | | | | 118,654.54 |
| **60400 · Bank Service Charges** | | | | 210.00 |
| **6175 · Equipment Expense** | | | | 2,158.15 |
| **6240 · Office Expenses** | | | | |
| **Hazardous Waste Disposal** | | | 592.99 | |
| **6760 · Aesthetics** | | | | |
| **Supplies** | | 93.74 | | |
| **Product Supply Order** | | 3,280.00 | | |
| **Total 6760 · Aesthetics** | | | 3,373.74 | |
| **6100 · Business Promotion** | | | | |
| **6105 · Advertising - GF Office** | | 17,820.17 | | |
| **Total 6100 · Business Promotion** | | | 17,820.17 | |
| **6160 · Dues and Subscriptions** | | | 561.75 | |
| **6190 · Financing Expense** | | | | |
| **6120 · Bank Service Charges** | | 180.34 | | |

7:39 AM
11/20/26
Cash Basis

# Grand Forks Clinic
## Profit & Loss
### October 17 - 31, 2026

EXHIBIT E

| | | | |
|---|---|---|---|
| | | | **Oct 17 - 31, 26** |
| **Total 6190 · Financing Expense** | | 180.34 | |
| **6250 · Postage and Delivery** | | 60.00 | |
| **6260 · Printing and Reproduction** | | -50.00 | |
| **6390 · Utilities** | | | |
| **6340 · Telephone** | 565.55 | | |
| **Total 6390 · Utilities** | | 565.55 | |
| **6770 · Supplies** | | | |
| **6771 · Lab Supplies** | 4,397.00 | | |
| **6785 · Medical** | 1,257.46 | | |
| **6789 · Janitorial** | 438.12 | | |
| **6790 · Office** | 510.50 | | |
| **6791 · Cafeteria/lounge** | 98.94 | | |
| **Total 6770 · Supplies** | | 6,702.02 | |
| **7200 · Confidential Shredding** | | 47.34 | |
| **6240 · Office Expenses - Other** | | 1,425.58 | |
| **Total 6240 · Office Expenses** | | | 31,279.48 |
| **66000 · Payroll Expenses** | | | |
| **Tips In** | | -58.55 | |
| **Total 66000 · Payroll Expenses** | | | -58.55 |
| **68600 · Utilities** | | | |
| **Utilities - 5120 Prosperity** | | | |
| **Phone** | 388.06 | | |
| **Total Utilities - 5120 Prosperity** | | 388.06 | |
| **Total 68600 · Utilities** | | | 388.06 |
| **Total Expense** | | | 153,221.60 |
| **Net Ordinary Income** | | | 48,008.95 |
| **Other Income/Expense** | | | |
| **Other Expense** | | | |
| **KR Compensation** | | | 20,000.00 |
| **Total Other Expense** | | | 20,000.00 |
| **Net Other Income** | | | -20,000.00 |
| **Net Income** | | | **28,008.95** |

EXHIBIT F

| Recipient | Date of Payment | Amount of Payment | Account Used | Reason for Payment |
|---|---|---|---|---|
| Dr. Khaled Rabadi | 10/30/2026 | $ 20,000.00 | *3794 | Salary |