EXHIBIT A

9:10 AM
11/20/26
Cash Basis

# The Medical Group, LLC
## Balance Sheet
### As of October 31, 2026

| | Oct 31, 26 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Choice #5900** | 9,400.92 |
| **Total Checking/Savings** | 9,400.92 |
| **Other Current Assets** | |
| **Due From KHC** | 6,296.13 |
| **Total Other Current Assets** | 6,296.13 |
| **Total Current Assets** | 15,697.05 |
| **TOTAL ASSETS** | **15,697.05** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Due to KHC** | 19,790.39 |
| **Sales Tax Payable** | 3,495.63 |
| **Total Other Current Liabilities** | 23,286.02 |
| **Total Current Liabilities** | 23,286.02 |
| **Total Liabilities** | 23,286.02 |
| **Equity** | |
| **Members Equity** | 1,174,484.48 |
| **Owner's Distribution** | -1,409,820.76 |
| **Net Income** | 227,747.31 |
| **Total Equity** | -7,588.97 |
| **TOTAL LIABILITIES & EQUITY** | **15,697.05** |

EXHIBIT B

9:08 AM
11/20/26
Cash Basis

# The Medical Group, LLC
# Profit & Loss
## October 17 - 31, 2026

| | Oct 17 - 31, 26 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Patient Fees** | |
| **BioTe** | 3,491.00 |
| **Labs** | 1,050.00 |
| **Weight Loss Program** | 4,855.00 |
| **Total Patient Fees** | 9,396.00 |
| **Sales (Nutraceuticals)** | 742.00 |
| **Total Income** | 10,138.00 |
| **Gross Profit** | 10,138.00 |
| **Expense** | |
| **Bank Service Charges** | 10.00 |
| **Laboratory Fees** | 251.55 |
| **Medical Expense - Weight Loss** | 4,222.25 |
| **Medical Supplies - Pellets** | 3,050.00 |
| **Total Expense** | 7,533.80 |
| **Net Ordinary Income** | 2,604.20 |
| **Net Income** | **2,604.20** |