EXHIBIT A

12:48 PM

11/19/26

# Aurora Dialysis

## A/P Aging Summary

### As of October 31, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **AHS Staffing** | 2,088.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,088.00 |
| **D&D Laboratory, LLC** | 1,395.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1,395.60 |
| **Henry Schein** | 2,669.36 | 0.00 | 0.00 | 0.00 | 0.00 | 2,669.36 |
| **Liberty Business Systems** | 179.05 | 0.00 | 0.00 | 0.00 | 0.00 | 179.05 |
| **Premium Waters, Inc** | 77.92 | 0.00 | 0.00 | 0.00 | 0.00 | 77.92 |
| **Quik Travel Staffing** | 4,860.00 | -4,860.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Twilight Cleaning** | 1,665.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,665.00 |
| **TOTAL** | **12,934.93** | **-4,860.00** | **0.00** | **0.00** | **0.00** | **8,074.93** |

EXHIBIT B

8:34 AM
11/20/26
Cash Basis

# Aurora Dialysis
# Balance Sheet
## As of October 31, 2026

| | | Oct 31, 26 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **10101 · Choice Financial** | | 36,740.93 |
| **Total Checking/Savings** | | 36,740.93 |
| **Accounts Receivable** | | |
| **11000 · Accounts Receivable** | | -1,636.61 |
| **Total Accounts Receivable** | | -1,636.61 |
| **Other Current Assets** | | |
| **Due from KHC** | | 341,489.66 |
| **10500 · Accounts Receivable, net** | | |
| **10500A · Accounts Receivable** | 122,646,385.39 | |
| **10500B · Allowance for Writeoffs and Bad** | -104,831,204.75 | |
| **10500 · Accounts Receivable, net - Other** | -17,603,653.46 | |
| **Total 10500 · Accounts Receivable, net** | | 211,527.18 |
| **10501 · Loan Receivable-Kidney Hyperten** | | |
| **10501C · Loan Rec - KHC for 401(k)** | 476,857.25 | |
| **Total 10501 · Loan Receivable-Kidney Hyperten** | | 476,857.25 |
| **10503 · Loan Receivable - KIND** | | |
| **10503A · Loan Rec - KIND Payroll** | 4,300.00 | |
| **Total 10503 · Loan Receivable - KIND** | | 4,300.00 |
| **12100 · Inventory Asset** | | 16,874.10 |
| **Total Other Current Assets** | | 1,051,048.19 |
| **Total Current Assets** | | 1,086,152.51 |
| **Fixed Assets** | | |
| **15000 · Furniture and Equipment** | | 36,894.23 |
| **15900 · Leasehold Improvements** | | 8,484.00 |
| **16100 · Medical Equipment** | | 349,977.82 |
| **17000 · Accumulated Depreciation** | | -394,179.96 |
| **Total Fixed Assets** | | 1,176.09 |
| **Other Assets** | | |
| **Gifts from Donors** | | -30,644.00 |
| **Patient Fund** | | 16,346.95 |
| **17500 · Start Up Costs, net** | | |
| **17510 · Start Up Costs** | 19,901.23 | |
| **17520 · Accumulated Amortization** | -19,901.23 | |
| **Total 17500 · Start Up Costs, net** | | 0.00 |
| **17600 · Supply Inventory** | | 15,000.00 |
| **Total Other Assets** | | 702.95 |
| **TOTAL ASSETS** | | **1,088,031.55** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **20000 · Accounts Payable** | | -13,512.49 |
| **20001 · Accounts Payable-Post Petition** | | -4,860.00 |
| **Total Accounts Payable** | | -18,372.49 |
| **Credit Cards** | | |

EXHIBIT B

8:34 AM
11/20/26
Cash Basis

# Aurora Dialysis
# Balance Sheet
## As of October 31, 2026

| | | Oct 31, 26 |
|---|---|---|
| US Bank #5174 | | 9,579.99 |
| Total Credit Cards | | 9,579.99 |
| Other Current Liabilities | | |
| Credibly (Retail Capital) | | 111,538.20 |
| Due to Employee | | 60.00 |
| 2010 · Loan Payable | | 25,000.00 |
| 20103 · Due to KIND | | 3,069.25 |
| 20104 · Due to KHC | | |
| Discovery Benefits | 25,739.14 | |
| Other | 22,588.42 | |
| Rent | 10,853.00 | |
| Shared Expenses | 437.80 | |
| Total 20104 · Due to KHC | | 59,618.36 |
| 24000 · Payroll Liabilities | | |
| FSA/HSA payable | 9,354.14 | |
| Life Insurance | -652.38 | |
| 24001 · 941 Federal Withholding | 10,757.75 | |
| 24002 · 941 FICA Taxes Payable | 12,230.17 | |
| 24003 · FUTA Payable | 80.76 | |
| 24004 · SUTA Payable | -147.56 | |
| 24005a · ND Withholding Payable | 707.00 | |
| 24005b · MN Withholding Payable | -425.11 | |
| 24006 · BCBS Health Insurance payable | -6,492.92 | |
| 24007 · AFLAC payable | -4,307.42 | |
| 24008 · UNUM Payable | 9,447.68 | |
| 24009 · USAble payable | 897.06 | |
| 24010 · 401(k) Payable | 34,216.24 | |
| 24000 · Payroll Liabilities - Other | -976.02 | |
| Total 24000 · Payroll Liabilities | | 64,689.39 |
| Total Other Current Liabilities | | 263,975.20 |
| Total Current Liabilities | | 255,182.70 |
| Total Liabilities | | 255,182.70 |
| Equity | | |
| 30700 · Members Draw | | -1,650,404.39 |
| 32000 · Members Equity | | 2,422,255.65 |
| Net Income | | 60,997.59 |
| Total Equity | | 832,848.85 |
| **TOTAL LIABILITIES & EQUITY** | | **1,088,031.55** |

EXHIBIT C

12:52 PM
11/19/26
Cash Basis

# Aurora Dialysis
## Profit & Loss
### October 17 - 31, 2026

| | | Oct 17 - 31, 26 |
|---|---|---|
| Ordinary Income/Expense | | |
| Income | | |
| 4010 · Patient Fees | | 66,959.04 |
| Total Income | | 66,959.04 |
| Gross Profit | | 66,959.04 |
| Expense | | |
| Operating Expense | | |
| Billing and EMR | 4,127.11 | |
| Total Operating Expense | | 4,127.11 |
| Zelis payment processing fee | | 557.63 |
| 22000 · Office Expense | | 91.98 |
| 60400 · Bank Service Charges | | 85.00 |
| 61700 · Computer and Internet Expenses | | 170.00 |
| 64400 · Medical Supplies | | 237.27 |
| 64402 · Aranesp | | 7,055.77 |
| 64404 · Pharmacy | | 5,077.00 |
| 66000 · Payroll Expenses | | |
| Health Insurance | 268.19 | |
| Mileage Reimbursement | 129.78 | |
| UNUM company paid | 0.00 | |
| Wages | 17,385.31 | |
| 68001 · FICA | 1,305.39 | |
| 68002 · 401k Match | 301.22 | |
| 68003 · FUTA Expense | 8.03 | |
| 68004 · SUTA Expense | 3.61 | |
| Total 66000 · Payroll Expenses | | 19,401.53 |
| 68100 · Telephone Expense | | 126.09 |
| 68600 · Utilities | | |
| 68602 · Trash Removal | 2,905.40 | |
| Total 68600 · Utilities | | 2,905.40 |
| Total Expense | | 39,834.78 |
| Net Ordinary Income | | 27,124.26 |
| Other Income/Expense | | |
| Other Expense | | |
| KR Compensation | | 3,000.00 |
| Total Other Expense | | 3,000.00 |
| Net Other Income | | -3,000.00 |
| **Net Income** | | **24,124.26** |

EXHIBIT D

**(AUR) AURORA DIALYSIS ATB Report**

Thru Batch Date 10/31/2026
Sorted by: FCUse Allowable amount : N
MON_1000 - 15:37:40 05 Nov 26 User CALDERL Page 1

| Code | | Description | Percent | Balance | Pat.Due | Ins.Due | 0 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | Over 150 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FC | BCBS | BLUE CROSS BLUE SHIELD | 14.01% | 119633.94 | 1153.69 | 118480.25 | 118480.25 | 0.00 | 0.00 | 0.00 | 0.00 | 1153.69 |
| FC | BCBSMCR | BCBS/MEDICARE | 0.19% | 1595.20 | 1595.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1595.20 |
| FC | CI | COMMERCIAL INSURANCE | 3.98% | 33995.80 | 0.00 | 33995.80 | 33995.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FC | MC | MEDICARE | 8.95% | 76419.48 | 8712.03 | 67707.45 | 67707.45 | 1924.79 | 1822.88 | 2248.15 | 1333.33 | 1382.88 |
| FC | MCD | MEDICAID | 3.42% | 29231.50 | 0.00 | 29231.50 | 29231.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FC | MCMD | MEDICARE/MEDICAID | 11.67% | 99651.70 | 0.00 | 99651.70 | 99651.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FC | MCMDSP | MEDICARE/MEDICAID SPEN | 7.83% | 66882.68 | 345.33 | 66537.35 | 66537.35 | 345.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| FC | MCRADV | MEDICARE ADVANTAGE PLA | 12.74% | 108754.32 | 3483.67 | 105270.65 | 105270.65 | 0.00 | 0.00 | 0.00 | 0.00 | 3483.67 |
| FC | MCRBCBS | MEDICARE/BCBS | 10.39% | 88660.65 | 0.00 | 88660.65 | 88660.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FC | MEDCOM | MEDICARE/COMMERCIAL | 15.53% | 132587.85 | 0.00 | 132587.85 | 130488.30 | 674.83 | 0.00 | 0.00 | 0.00 | 1424.72 |
| FC | VA | VETERAN'S AFFAIRS | 11.28% | 96314.55 | 0.00 | 96314.55 | 96314.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | =========== | =========== | =========== | =========== | =========== | =========== | =========== | =========== | =========== |
| AUR | | AURORA DIALYSIS | 100.00% | 853727.67 | 15289.92 | 838437.75 | 836338.20 | 2944.95 | 1822.88 | 2248.15 | 1333.33 | 9040.16 |

EXHIBIT E

| Recipient | Date of Payment | Amount of Payment | Account Used | Reason for Payment |
|---|---|---|---|---|
| Dr. Khaled Rabadi | 10/30/2026 | $ 3,000.00 | *3816 | Salary |