EXHIBIT A

2:50 PM

11/20/26

# Kidney Institute of North Dakota (KIND)

## A/P Aging Summary

### As of October 31, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Vantive US Healthcare LLC** | 5,761.48 | -1,139.41 | 0.00 | 0.00 | 0.00 | 4,622.07 |
| **TOTAL** | **5,761.48** | **-1,139.41** | **0.00** | **0.00** | **0.00** | **4,622.07** |

EXHIBIT B

## (KND) THE KIDNEY INSTITUTE OF NORTH DAKOTA ATB Report

Thru Batch Date 10/31/2026
Sorted by: FCUse Allowable amount : N
MON_1000 - 13:42:08 04 Nov 26 User CALDERL Page 1

| Code | | Description | Percent | Balance | Pat.Due | Ins.Due | 0 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | Over 150 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FC | BCBS | BLUE CROSS BLUE SHIELD | 14.03% | 40464.25 | 0.00 | 40464.25 | 40464.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FC | CI | COMMERCIAL INSURANCE | 0.17% | 500.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| FC | MCRBCBS | MEDICARE/BCBS | 14.03% | 40464.25 | 0.00 | 40464.25 | 40464.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FC | MEDCOM | MEDICARE/COMMERCIAL | 57.75% | 166615.19 | 1976.28 | 164638.91 | 162538.35 | 2100.56 | 0.00 | 0.00 | 0.00 | 1976.28 |
| FC | VA | VETERAN'S AFFAIRS | 14.03% | 40464.25 | 0.00 | 40464.25 | 40464.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | =========== | =========== | =========== | =========== | =========== | =========== | =========== | =========== | =========== |
| KND | | THE KIDNEY INSTITUTE OF N | 100.00% | 288507.94 | 2476.28 | 286031.66 | 283931.10 | 2100.56 | 0.00 | 0.00 | 0.00 | 2476.28 |

EXHIBIT C

9:21 AM
11/20/26
Cash Basis

# Kidney Institute of North Dakota (KIND)
## Balance Sheet
### As of October 31, 2026

| | | | Oct 31, 26 |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| **Choice Financial - Checking** | | | 35,587.81 |
| **Total Checking/Savings** | | | 35,587.81 |
| **Accounts Receivable** | | | |
| **Accounts Receivable, net** | | | |
| **Allow for Writeoffs & Bad Deb** | | 252,252.47 | |
| **1200 · Accounts Receivable** | | -1,055,239.29 | |
| **Accounts Receivable, net - Other** | | 802,986.82 | |
| **Total Accounts Receivable, net** | | | 0.00 |
| **Total Accounts Receivable** | | | 0.00 |
| **Other Current Assets** | | | |
| **Due from Affiliate** | | | |
| **Due from Aurora** | | 3,069.25 | |
| **Due from KHC** | | 320,271.09 | |
| **Due from ND Dialysis** | | 4,100.00 | |
| **Total Due from Affiliate** | | | 327,440.34 |
| **Total Other Current Assets** | | | 327,440.34 |
| **Total Current Assets** | | | 363,028.15 |
| **Fixed Assets** | | | |
| **Leasehold Improvements, net** | | | |
| **Accum. Depr. Leasehold Impr.** | | -949.00 | |
| **Leasehold Improvements** | | 949.00 | |
| **Total Leasehold Improvements, net** | | | 0.00 |
| **Property and Equipment** | | | |
| **Office Equipment,net** | | | |
| **Accum. Depr. Office Equip** | -2,750.26 | | |
| **Office Equipment** | 2,750.26 | | |
| **Total Office Equipment,net** | | 0.00 | |
| **Office Furniture,net** | | | |
| **Accum. Depr. Office Furn** | -9,083.62 | | |
| **Office Furniture** | 9,083.62 | | |
| **Total Office Furniture,net** | | 0.00 | |
| **Total Property and Equipment** | | | 0.00 |
| **Total Fixed Assets** | | | 0.00 |
| **TOTAL ASSETS** | | | **363,028.15** |
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| **2000 · Accounts Payable** | | | 52,090.21 |
| **Total Accounts Payable** | | | 52,090.21 |
| **Credit Cards** | | | |
| **US Bank #5198** | | | 8,018.37 |
| **Total Credit Cards** | | | 8,018.37 |
| **Other Current Liabilities** | | | |
| **Credibly** | | | 49,627.20 |

EXHIBIT D

9:21 AM
11/20/26
Cash Basis

# Kidney Institute of North Dakota (KIND)
## Balance Sheet
### As of October 31, 2026

| | Oct 31, 26 |
|---|---|
| Loan Payable - Aurora Dialysis | 4,300.00 |
| Total Other Current Liabilities | 53,927.20 |
| Total Current Liabilities | 114,035.78 |
| Total Liabilities | 114,035.78 |
| Equity | |
| Capital - Khaled Rabadi | 319,924.00 |
| 1110 · Retained Earnings | 302,636.76 |
| 3000 · Opening Bal Equity | 25,710.00 |
| 30300 · Member 1 Draws | -691,345.50 |
| Net Income | 292,067.11 |
| Total Equity | 248,992.37 |
| **TOTAL LIABILITIES & EQUITY** | **363,028.15** |

EXHIBIT E

9:20 AM
11/20/26
Cash Basis

# Kidney Institute of North Dakota (KIND)
## Profit & Loss
### October 17 - 31, 2026

| | | Oct 17 - 31, 26 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **Patient Receipts** | | 23,759.54 |
| **Total Income** | | 23,759.54 |
| **Gross Profit** | | 23,759.54 |
| **Expense** | | |
| **Billing Expenses** | | 1,344.07 |
| **Zelis Transaction Fee** | | 56.28 |
| **6120 · Bank Charges** | | 35.00 |
| **6340 · Telephone** | | |
| **Verizon Wireless** | 91.66 | |
| **Total 6340 · Telephone** | | 91.66 |
| **Total Expense** | | 1,527.01 |
| **Net Ordinary Income** | | 22,232.53 |
| **Other Income/Expense** | | |
| **Other Expense** | | |
| **KR Compensation** | | 2,000.00 |
| **Total Other Expense** | | 2,000.00 |
| **Net Other Income** | | -2,000.00 |
| **Net Income** | | **20,232.53** |

EXHIBIT F

| Recipient | Date of Payment | Amount of Payment | Account Used | Reason for Payment |
|---|---|---|---|---|
| Dr. Khaled Rabadi | 10/30/2026 | $ 2,000.00 | *8056 | Salary |