EXHIBIT A

9:30 AM
11/20/26
Cash Basis

# KDJ Investment Group, LLC
## Balance Sheet
### As of October 31, 2026

| | | Oct 31, 26 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| **Choice KDJ Inv Grp #5004** | | 713.56 |
| **FWBT - KDJ Inv Grp #5785** | | 48.79 |
| **Total Checking/Savings** | | 762.35 |
| **Total Current Assets** | | 762.35 |
| **Fixed Assets** | | |
| **Accum Depr - non building items** | | -40,003.21 |
| **Accumulated Depr - 5 & 15 yr** | | -1,617,839.35 |
| **Building** | | 5,709,593.42 |
| **Land (5750 S. Washington)** | | |
| **Land - Original Cost** | 738,014.05 | |
| **Land (5750 S. Washington) - Other** | 44,191.26 | |
| **Total Land (5750 S. Washington)** | | 782,205.31 |
| **Total Fixed Assets** | | 4,833,956.17 |
| **Other Assets** | | |
| **Fixed Assets** | | |
| **Construction - Completed** | 469,878.17 | |
| **Fixed Assets - Other** | 40,003.21 | |
| **Total Fixed Assets** | | 509,881.38 |
| **Loan Fees** | | 3,635.87 |
| **Total Other Assets** | | 513,517.25 |
| **TOTAL ASSETS** | | **5,348,235.77** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **Accounts Payable** | | 302,803.11 |
| **Total Accounts Payable** | | 302,803.11 |
| **Other Current Liabilities** | | |
| **Due to Kidney & Hypertension** | | 152,776.94 |
| **Total Other Current Liabilities** | | 152,776.94 |
| **Total Current Liabilities** | | 455,580.05 |
| **Long Term Liabilities** | | |
| **FWBT Building Constr Loan** | | 3,574,831.57 |
| **SBA Building Constr Loan** | | 2,525,850.16 |
| **Total Long Term Liabilities** | | 6,100,681.73 |
| **Total Liabilities** | | 6,556,261.78 |
| **Equity** | | |
| **Members Draw** | | -200.00 |
| **Members Equity** | | -2,064,893.35 |
| **Rabadi Investment** | | 857,067.34 |
| **Total Equity** | | -1,208,026.01 |
| **TOTAL LIABILITIES & EQUITY** | | **5,348,235.77** |

EXHIBIT B

9:29 AM

11/20/26

Cash Basis

# KDJ Investment Group, LLC

## Profit & Loss

### October 17 - 31, 2026

| | Oct 17 - 31, 26 |
|---|---|
| **Net Income** | **0.00** |