Fredrikson

**Fredrikson & Byron, P.A.**
Attorneys and Advisors

60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Main: 612.492.7000
fredlaw.com

November 25, 2026

**VIA CM/ECF**

North Dakota Bankruptcy Court
Attn: Clerk's Office
Quentin N. Burdick United States Courthouse
655 1st Ave North, Suite 210
Fargo, ND 58102

**Re:** Kidney and Hypertension Center, PLC d/b/a Grand Forks Clinic, The Medical Group, LLC, North Dakota Dialysis, LLC, Aurora Dialysis, LLC, Kidney Institute of North Dakota, LLC, KDJ Investment Group, LLC, and KDJ Properties, LLC
**(Bankruptcy Case No. 26-30886 (Jointly Administered))**

Dear Court Clerk:

We are writing to request certain address changes to the creditor matrix in the above-referenced jointly administered bankruptcy cases:

| Creditor | Requested Action |
|---|---|
| American Proficiency Institute<br>PO Box 7592<br>Carol Stream, IL 60197-7592 | Remove from matrix |
| Altru Health System<br>Attn: Kim Dufault, Accounting<br>PO Box 6002<br>Grand Forks ND 58206 | Add to Matrix |
| Potti Family Trust<br>Anil Potti<br>PO Box 17206<br>Chapel Hill, NC 27516-7206 | **Change address to:**<br>Potti Family Trust<br>Anil Potti<br>5989 Coldcreek Drive<br>Grand Forks, ND 58201 |
| Hanover Insurance<br>204 W North St.<br>Hanover, KS 66945-9060 | **Change address to:**<br>The Hanover Insurance Group<br>PO Box 580045<br>Charlotte, NC 28258 |
| MN Department of Revenue<br>600 N Robert St.<br>St. Paul MN 55101 | **Change address to:**<br>MN Department of Revenue<br>Collection Division<br>PO Box 64564<br>St. Paul, MN 55164-0564 |

| Creditor | Requested Action |
|---|---|
| Mitel<br>6500 River Place Blvd 4 Ste 200<br>Austin, TX 76730-1120 | **Change address to:**<br>Mitel<br>2160 W Broadway Rd Ste 103<br>Mesa, AZ 85202 |
| Spectra Laboratories<br>PO Box 3608<br>Boston MA 02241-3708 | **Change address to:**<br>Spectra Laboratories<br>1280 Stateline Rd E<br>Southaven, MS 38671 |

Thank you in advance. Please contact me with any questions.

Sincerely,

*/e/ Steven R. Kinsella*

Steven R. Kinsella
**Direct Dial:** 612.492.7244
**Email:** skinsella@fredlaw.com